## OFFICER'S RETURN

STATE OF CONNECTICUT

COUNTY OF NEW HAVEN     ss: New Haven     October 08, 2003

Then and there by virtue hereof, I served the within named defendant, **YALE UNIVERSITY**, by leaving with and in the hands of, Harold Rose, Associate General Counsel, 2 Whitney Avenue, 6th Floor, in the Town of New Haven, a true and attested copy of the original Federal Summons, with my endorsement thereon.

The within and foregoing is the original Federal Summons, with my doings hereon endorsed.
ATTEST:

TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

FEE:
| | | |
|---|---|---|
| Service Fee | $ | 30.00 |
| Copies | | 53.00 |
| Endorsement | | .80 |
| Travel | | 8.13 |
| TOTAL | $ | 91.93 |

FILED
Oct 15  4 04 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.