## OFFICER'S RETURN

**STATE OF CONNECTICUT**

ss: New Haven             October 08, 2003

**COUNTY OF NEW HAVEN**

Then and there by virtue hereof, I served the within named defendant, **YALE-NEW HAVEN HOSPITAL,** by leaving with and in the hands of, Teresa Clark, Legal Affairs, at 20 York Street, in the Town of New Haven, a true and attested copy of the original Federal Summons, with my endorsement thereon.

The within and foregoing is the original Federal Summons, with my doings hereon endorsed.
ATTEST:

TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

FEE:
Service Fee    $  30.00
Copies              53.00
Endorsement      .80
Travel                 8.13
TOTAL        $  91.93

FILED Oct 15  1 04 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.