## OFFICER"S RETURN

**STATE OF CONNECTICUT**
**COUNTY OF NEW HAVEN** ss: New Haven    October 10, 2003

Then and there by virtue hereof, I served the within named defendant, **YALE-NEW HAVEN HOSPITAL, INC.**, by leaving with and in the hands of, Teresa Clark, Legal Affairs, at 20 York Street, in the Town of New Haven a true and attested copy of the original Order, The Government's Notice Of Election To Decline Intervention, Certification of Service, with my endorsement thereon.

And afterwards, on October 10, 2003, in the Town of New Haven, I served the within named defendant, **YALE UNIVERSITY GENERAL COUNSEL**, by leaving with and in the hands of, Julie Behm Carter, Associate General Counsel, at 2 Whitney Avenue, 6th Floor, in the Town of New Haven a true and attested copy of the original Federal Order, The Government's Notice Of Election To Decline Intervention, Certification of Service, with my endorsement thereon.

The within and foregoing is the original, Federal Order, The Government's Notice Of Election To Decline Intervention, Certification of Service, with my doings hereon endorsed.

ATTEST
TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

**FEES**
Service Fee    $ 40.00
Copies           10.00
Endorsement       1.60
Travel            8.13
TOTAL        $ 59.73