FILED

Oct 28  11 34 AM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel           :
and ROBERT C. SMITH, M.D.                  :
                                           :                 CIVIL ACTION NO.
            Plaintiffs,                    :                 3:00CV01359 (PCD)
v.                                         :
                                           :
YALE UNIVERSITY and                        :
YALE NEW HAVEN HOSPITAL                     :                 October 27, 2003
                                           :
            Defendants.                    :

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the Defendant, Yale

New Haven Hospital, in the above-entitled matter.

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan  (#CT00189)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK   •   741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the

above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan

2