*ext time*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 29   11 34 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.

            Plaintiffs,

v.

YALE UNIVERSITY and
YALE NEW HAVEN HOSPITAL

            Defendants.

CIVIL ACTION NO.
3:00CV01359 (PCD)

October 27, 2003

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including November 28, 2003, to file a response to plaintiff's complaint. This extension is necessary because defense counsel was just retained and needs additional time to investigate the factual and legal issues raised by the complaint. Defense counsel has left messages with both of plaintiff's counsel inquiring as to whether plaintiff objects to this Motion. To date, defense counsel has not received a response from plaintiff's counsel. This is the first such request for an extension of time.

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan  (#CT00189)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

10/31/03. GRANTED. The defendant's motion for extension of time until 11/28/03 to file a response to plaintiff's complaint is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.