UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED Nov 26  2:15 PM '03

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:00CV01359 (PCD) |
| v. : | |
| YALE UNIVERSITY and YALE NEW HAVEN HOSPITAL : | |
| Defendants. : | NOVEMBER 25, 2003 |

### CERTIFICATION REGARDING SERVICE OF MOTION FOR MORE DEFINITE STATEMENT

Pursuant to the Supplemental Order relating to motion filing procedure before Judge Dorsey, defendant hereby certifies that it has on the date above indicated served on counsel its Motion for More Definite Statement and Memorandum in Support thereof.

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Delaney, Zemetis, Donahue,
 Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esq.
Wiggin & Dana, LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

_____
Patrick M. Noonan

2