UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u> and ROBERT C. SMITH, M.D.<br>PLAINTIFFS | : : : : : : | Civil Action<br>No. 3:00CV01359 (PCD)<br>False Claims Act<br>Action Pursuant to<br>31 U.S.C. § 3730 |
| V. | : : | |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.<br>DEFENDANTS | : : : | November 28, 2003 |

**MOTION FOR ENLARGEMENT OF TIME
TO CONFER PURSUANT TO RULE 26(f)**

The Plaintiff, Robert C. Smith, M.D., respectfully moves this Court for a fourteen-day enlargement of time, to and including December 12, 2003, to confer with counsel as required pursuant to Fed. R. Civ. P. Rule 26(f).

In support of this motion, the Plaintiff states the following:

1. The present deadline to confer with counsel is November 28, 2003.

2. Despite diligent efforts but due to scheduling conflicts brought about by the upcoming holiday and a funeral which the undersigned unexpectedly had to attend, counsel in this matter have been unable to schedule a time to confer prior to the existing deadline.

3. A Rule 26(f) conference with all counsel has been scheduled for December 2, 2003.

[stamp: NEW HAVEN CT U.S. DISTRICT C...  2003 NOV 28  P 12:32  FILED]

4. The undersigned has contacted Attorneys Noonan, Heath and Prestley, pursuant to Rule 9(b) of the Local Rules of Civil Procedure, and all are in agreement with this request for an enlargement of time.

5. This is the first request for enlargement of time on this matter.

**WHEREFORE**, for the foregoing reasons, counsel respectfully requests an enlargement of time, to and including December 12, 2003, to confer as required pursuant to Fed. R. Civ. P. Rule 26(f).

PLAINTIFF,
ROBERT C. SMITH, M.D.

By: _____
Mary Alice Leonhardt, Esq.
Law Offices of
Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT  06106
Federal Bar # 02996
Phone (860) 727-8874
Facsimile (860) 525-2194

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this 28th day of November 2003 via regular U.S. Mail to the following counsel of record:

Peter B. Prestley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford CT 06437

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

And that three (3) copies have been sent via overnight delivery, in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Mary Alice Leonhardt, Esq.