*[Handwritten: 78, mot]*

*[Left margin, rotated]: 12/08/03. GRANTED, NUNC PRO TUNC. The plaintiff's motion for extension of time until 12/12/03 to file their Rule 26(f) report is hereby granted. SO ORDERED. Peter C. Dorsey, Senior, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. PLAINTIFFS | Civil Action No. 3:00CV01359 (PCD) False Claims Act Action Pursuant to 31 U.S.C. § 3730 |
| V. | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC. DEFENDANTS | November 28, 2003 |

### MOTION FOR ENLARGEMENT OF TIME TO CONFER PURSUANT TO RULE 26(f)

The Plaintiff, Robert C. Smith, M.D., respectfully moves this Court for a fourteen-day enlargement of time, to and including December 12, 2003, to confer with counsel as required pursuant to Fed. R. Civ. P. Rule 26(f).

In support of this motion, the Plaintiff states the following:

1. The present deadline to confer with counsel is November 28, 2003.

2. Despite diligent efforts but due to scheduling conflicts brought about by the upcoming holiday and a funeral which the undersigned unexpectedly had to attend, counsel in this matter have been unable to schedule a time to confer prior to the existing deadline.

3. A Rule 26(f) conference with all counsel has been scheduled for December 2, 2003.

*[Filed stamps: FILED Dec 9 3 PM 2003; NEW HAVEN CT U.S. DISTRICT CO; 2003 NOV 28 P 12:32 FILED]*