UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D.<br>PLAINTIFFS | : Civil Action<br>: No. 3:00CV01359(PCD)<br>:<br>: |
| | : False Claims Act<br>: Action Pursuant to |
| V. | : 31 U.S.C. § 3730<br>: |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.<br>DEFENDANTS | :<br>:<br>: December 16, 2003 |

**FORM 26(f)**
**REPORT OF PARTIES' PLANNING MEETING/**
**INITIAL CASE MANAGEMENT CONFERENCE**

Date Amended Complaint Filed:           September 12, 2003

Date Amended Complaint Served:          October 8, 2003

Date of Defendant Yale-New Haven Hospital, Inc.'s Appearance:   October 28, 2003

Date of Defendant Yale University's Appearance:                 October 29, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f), and D. Conn. Local Civil Rule 38, a conference was held on December 2, 2003. The participants were:

| | |
|---|---|
| Peter B. Prestley, Esq. | for the Plaintiffs |
| Mary Alice Leonhardt, Esq. | for the Plaintiffs |
| Patrick M. Noonan, Esq. | for the Defendant Yale-New Haven Hospital, Inc. |
| William J. Doyle, Esq. | for the Defendant Yale University |
| Kenneth D. Heath, Esq. | for the Defendant Yale University |

I.   **CERTIFICATION**

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

II.  **JURISDICTION**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345 and 31 U.S.C. § 3732, because it asserts claims under federal law.

III. **BRIEF DESCRIPTION OF CASE**

Claims of Plaintiffs:

Plaintiffs allege that Defendants violated the False Claims Act ("FCA") 31 U.S.C. § 3729, *et seq.*, *inter alia*, by billing and retaining payments from the Medicare and Medicaid Programs for Radiological Services which were (1) worthless and not used for patient diagnosis or treatment; (2) not medically indicated and medically unnecessary; (3) substandard; and/or (4) never actually provided. Plaintiffs further allege that Defendants also violated 31 U.S.C. § 3730(h) when they harassed, intimidated and discriminated against Plaintiff-Relator Smith and caused him to suffer reputational injuries and emotional distress.

**Defenses and Claims of Defendants:**

Defendant Yale-New Haven Hospital, Inc. filed a Motion for More Definite Statement on or about November 25, 2003.

Plaintiffs are filing a Second Amended Complaint, to which Defendants shall respond.

Defenses and Claims of Third Party Defendant/s:

Not applicable.

IV. **STATEMENT OF UNDISPUTED FACTS:**

Counsel certify that they have made a good faith attempt to determine whether there are any material facts that are not in dispute. The parties state that the following facts are undisputed:

a. Plaintiff-Relator Smith became employed by Defendant Yale University in 1990.

b. Plaintiff-Relator Smith left employment with Defendant Yale University on June 30, 1999.

V. **CASE MANAGEMENT PLAN:**

A. **Standing Order on Scheduling in Civil Cases:**

The parties request a modification of the deadlines in the Standing Order on Scheduling in Civil Cases as set forth below.

B. **Scheduling Conference with the Court:**

The parties do not request a pretrial conference with the Court before entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). If such a conference is scheduled, the parties prefer a conference by telephone.

C. **Early Settlement Conference:**

1. If and when a settlement conference is scheduled, the parties prefer a settlement conference with a Magistrate Judge.

D. **Joinder of Parties and Amendment of Pleadings:**

1. Plaintiffs do not expect to file motions to join additional parties.

2. Plaintiffs do intend to file a second amended complaint with the permission of the Court.

3. Defendants do not expect to file motions to join additional parties.

E. **Pre-discovery Disclosures:**

1. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by January 16, 2003.

F. **Discovery:**

1. The parties anticipate that discovery will be needed on the following subjects:

    a. All claims set forth by Plaintiffs in the Amended Complaint;

    b. All subjects and issues fairly arising out of Defendants' defenses to Plaintiffs' claims; and

    c. Plaintiffs' claimed damages.

    The parties reserve the right to object in response to any specific discovery request and no waiver of any such objection is intended herein.

2.  All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by December 1, 2003 and completed (not propounded) by April 1, 2005.

3.  Discovery will not be conducted in phases.

4.  There are no issues for early discovery.

5.  Plaintiffs anticipate that they will seek to take a total of approximately 15 depositions of fact witnesses. Defendants anticipate that they will seek to take a total of approximately 25 depositions of fact witnesses. Each party reserves the right to challenge the necessity or propriety of the depositions the other party seeks to take. The depositions will commence by January 15, 2004 and be completed by April 1, 2005.

6.  Plaintiffs intend to request permission to serve more than 25 interrogatories per party.

    Defendants intend to request permission to serve more than 25 interrogatories per party.

7.  Plaintiffs may call expert witnesses at trial. Plaintiffs will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by September 1, 2004. Depositions of any such experts will be completed by December 1, 2004.

8.  Defendants may call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports

       from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 1, 2005. Depositions of any such experts will be completed by April 1, 2005.

9. A damages analysis will be provided by any party who has a claim or counterclaim for damages: by the Plaintiffs by September 1, 2004; and by the Defendants by January 1, 2005.

**G.**    **Dispositive Motions:**

Dispositive Motions will be filed on or before June 1, 2005.

**H.**    **Joint Trial Memorandum**

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within thirty (30) days of the Court's ruling on any dispositive motion.

**VI.**    **TRIAL READINESS**

The case will be ready for trial by thirty days after the submission of the joint trial memorandum.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

PLAINTIFFS
UNITED STATES OF AMERICA, ex rel. and
ROBERT C. SMITH, M.D.

Date: 12/16/03    By: _____
Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT  06106
Federal Bar No.: ct15799
Telephone: (860) 246-2466
Facsimile: (860) 246-1794


Date: _____    By: _____
Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106
Federal Bar No.:  ct 02996
Telephone: (860) 727-8874
Facsimile: (860) 525-2194


DEFENDANT
YALE-NEW HAVEN HOSPITAL, INC.


Date: _____    By: _____
Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Federal Bar No.: ct00189
Telephone:    (203) 458-9168
Facsimile:      (203) 458-4424

-7-

                                                                    DEFENDANT
                                                                    YALE-UNIVERSITY

Date: 12\16\03    By:    _____
                                                                  William J. Doyle, Esq.
                                                                  Kenneth D. Heath, Esq.
                                                                  Wiggin & Dana
                                                                  One Century Tower
                                                                  265 Church Street, Box 1832
                                                                  New Haven, CT 06508
                                                                  Federal Bar No.: ct23659
                                                                  Telephone: (203) 498-4400
                                                                  Facsimile: (203) 782-2889

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record on this 16th day of December 2003:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Peter B. Prestley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford CT 06437

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Kenneth D. Heath, Esq.