**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u> and : <br> ROBERT C. SMITH, M.D. : <br> :     CASE NO. 3:00CV1359 (PCD) <br> VS. : <br> : <br> YALE UNIVERSITY, ET AL. : | |

**<u>ENDORSEMENT ORDER</u>**

      The Report of Parties' Planning Meeting/Initial Case Management Conference, document no. 79, is APPROVED AND ADOPTED IN PART as follows:  Discovery is to be completed by June 1, 2004; dispositive motions are to be filed on or before July 1, 2004, compliant with the Supplemental Order.  All other deadlines as set forth in the Report are to be modified accordingly.

      SO ORDERED.  Dated at New Haven, Connecticut, this 24th day of December, 2003.

                                              /s/
                                Peter C. Dorsey, U.S. District Judge
                                United States District Court