## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA, ET AL. | : |
| | : |
| VS. | :   CASE NO. 3:00CV1359 (PCD) |
| | : |
| YALE UNIVERSITY, ET AL. | : |

## ENDORSEMENT ORDER

The Motion to File Documents Under Seal, document no. 27, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 15th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court