## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA, ET AL. | : |
| | : |
| VS. | :   CASE NO. 3:00CV1359 (PCD) |
| | : |
| YALE UNIVERSITY, ET AL. | : |

## ENDORSEMENT ORDER

Defendant Yale University's Motion to Intervene for Limited Purpose of Moving to Clarify And/Or Modify Order Partially Lifting the Seal, document no. 21, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 15th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court