UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Feb 14  5 :54 PM '02

UNITED STATES OF AMERICA, *ex. rel*, and
ROBERT SMITH,

PLAINTIFFS,

vs.

YALE UNIVERSITY, and
YALE NEW HAVEN HOSPITAL, INC.,

DEFENDANTS.

Civil Action
No. 3:00CV01359(PCD)
FALSE CLAIMS ACT
PURSUANT TO
31 U.S.C. § 3730

FEBRUARY 14, 2002

**MOTION TO SEAL MOTIONS AND MEMORANDUM OF LAW**
**RE: CLARIFICATION OF ORDER PARTIALLY LIFTING SEAL**

Defendant Yale University ("Yale") moves, pursuant to 31 U.S.C. § 3730 and Local Rule

7(f) for an order sealing the accompanying motions and memorandum of law.  As grounds for

this motion to seal, Yale states that this is a qui tam action under the False Claims Act, 31 U.S.C.

§ 3730 *et seq*.  Although the Court, by Order dated December 17, 2001, partially lifted the seal

in this case to permit the Relator to disclose the existence of the action and the identity of the

defendants thereto, the case otherwise remains under seal pending the government's decision

whether to intervene.  Accordingly, Yale moves to seal the attached documents.

GRANTED. Motions and memorandum of law re: clarification of order partially lifting seal are hereby ordered sealed to the parties, their attorneys and the public. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

2004 JAN 14  A 11: 17

U.S. DISTRICT COURT
NEW HAVEN, CT.

4/4/02