UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel*, and<br>ROBERT SMITH<br>    PLAINTIFFS<br><br>Vs. | Civil Action<br>No. 3:00CV01359(PCD)<br>False Claims Act<br>Action Pursuant to<br>31 U.S.C. § 3730 |
| _YALE UNIVERSITY, and<br>    YALE NEW HAVEN HOSPITAL, INC.,<br>        DEFENDANTS. | FILED UNDER SEAL<br><br>MARCH 14, 2001 |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7 (f), plaintiff Robert Smith hereby moves to file the attached Memorandum of Law in Opposition to Yale University's Motion to Clarify and/or Modify Order Partial Lifting Seal under seal.

Plaintiff requests sealing because the within opposition involves a complaint which was filed under seal pursuant to the <u>qui tam</u> provisions of the False Claims Act, 31 U.S.C. §3730(b).

PLAINTIFF
    ROBERT C. SMITH, M.D.,

By: _____
    Peter B. Prestley
    Federal Bar No.: ct15799

MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, Connecticut 06106
Tele: (860) 246-2466
Fax: (860) 246-1794
pprestleymppustice.com

GRANTED. Memorandum of law in opposition is hereby ordered sealed to the parties, their attorneys and the public. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

4/4/02

2002 MAR 15 P 3: 55
DISTRICT
NEW HAVEN, CONN