UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, *ex. rel*, and      Civil Action
ROBERT SMITH     No. 3:00CV01359(PCD)
       PLAINTIFFS     False Claims Act
    Action Pursuant to
    31 U.S.C. § 3730

Vs.

YALE UNIVERSITY, and     FILED UNDER SEAL
YALE NEW HAVEN HOSPITAL, INC.,
       DEFENDANTS.     MARCH 14, 2001

### MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7 (f), plaintiff Robert Smith hereby moves to file the attached Memorandum of Law in Opposition to Yale University's Motion to Intervene under seal.

Plaintiff requests sealing because the within opposition involves a complaint which was filed under seal pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. §3730(b).

PLAINTIFF
ROBERT C. SMITH, M.D.,

By: _____
Peter B. Prestley
Federal Bar No.: ct15799

MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, Connecticut 06106
Tele: (860) 246-2466
Fax: (860) 246-1794
pprestley@mppjustice.com

GRANTED. Memorandum of law in opposition to Yale University's motion to intervene is hereby ordered sealed to the parties, their attorneys and the public. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

4/4/02