UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D.<br>PLAINTIFFS | : Civil Action<br>: No. 3:00CV01359 (PCD)<br>: False Claims Act<br>: Action Pursuant to<br>: 31 U.S.C. § 3730 |
| V. | : |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.<br>DEFENDANTS | :<br>:<br>: January 16, 2004 |

**PLAINTIFF'S FIRST MOTION FOR AN
EXTENSION OF TIME TO PROVIDE HIS INITIAL DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Rule 7 of this Court, Plaintiff, Robert C. Smith, M.D., respectfully requests a seven (7) day extension of time – up to and including January 23, 2004 -- in which to file his Initial Disclosures. In support of this motion, Plaintiff states the following:

1. The parties held their Rule 26(f) Conference on December 2, 2003. Therefore, under the applicable rules, Plaintiff's Initial Disclosures were due on or before December 16, 2003.

2. By stipulation of the parties, it was agreed that the time to furnish the Initial Disclosures would be extended for both parties until January 16, 2004.

3. Due to the complex nature of this matter, the Plaintiff requires additional time to adequately prepare his Initial Disclosures.

**ORAL ARGUMENT NOT REQUESTED; TESTIMONY NOT REQUIRED**

1

4. This is the first motion for extension of time filed with respect to this deadline.

5. The undersigned's office attempted to contact William Doyle, Kenneth Heath, and Patrick Noonan, attorneys for the Defendants, in order to determine whether they would consent to the granting of this motion, but all were unavailable.

WHEREFORE, Plaintiff respectfully requests a seven (7) day extension of time – up to and including January 23, 2004 -- in which to file his Initial Disclosures.

PLAINTIFFS,

UNITED STATES OF AMERICA, ex rel and
ROBERT C. SMITH, M.D.

Date: Jan 16, 2004   By: _____
Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Telephone: (860) 246-2466
Facsimile: (860) 246-1794

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record on this 16th day of January, 2004:

Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

William J. Doyle
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

_____
Peter B. Prestley