UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex. rel*, and** | Civil Action |
| **ROBERT SMITH** | No. 3:00CV01359(PCD) |
| **PLAINTIFFS** | |
| Vs. | |
| **YALE UNIVERSITY, and** | |
| **YALE NEW HAVEN HOSPITAL, INC.,** | |
| **DEFENDANTS.** | January 20, 2004 |

**MOTION TO CLARIFY DEADLINES AS SET IN THE
FORM 26(f) REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Judge Dorsey's Endorsement Order dated December 24, 2003, attached hereto as Exhibit A, Plaintiff Robert Smith wishes to clarify that the new deadlines under the Form 26(f) Report of Parties' Planning meeting are as follows:

- All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by December 1, 2003 and completed (not propounded) by **June 1, 2004**.

- The depositions will commence by January 15, 2004 and be completed by **June 1, 2004.**

- Plaintiffs may call expert witnesses at trial. Plaintiffs will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **March 3, 2004**. Depositions of any such experts will be completed by **April 2, 2004**.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

- Defendants may call expert witnesses at a trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **May 3, 2004.** Depositions of any such experts will be completed by **June 1, 2004**.

- A damages analysis will be provided by any party who has a claim or counterclaim for damages; by the Plaintiffs by **March 3, 2004**; and by the Defendants by **May 3, 2004**.

- Dispositive Motions will be filed on or before **July 1, 2004**.

PLAINTIFF
ROBERT C. SMITH, M.D.,

By: _____
Peter B. Prestley
Federal Bar No.: ct15799

MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, Connecticut 06106
Tele: (860) 246-2466
Fax: (860) 246-1794
pprestleymppustice.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 20th day of January 2004, to all counsel and pro se parties of record, including:

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
41 Boston Post Road
Guilford, CT 06437

William J. Doyle, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

John Hughes, Esq.
Richard Molot, Esq.
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Peter B. Prestley