UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 26  11 02 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel | : Civil Action |
| and ROBERT C. SMITH, M.D. | : No. 3:00CV01359 (PCD) |
| PLAINTIFFS | : False Claims Act |
| | : Action Pursuant to |
| | : 31 U.S.C. § 3730 |
| V. | : |
| YALE UNIVERSITY and | : |
| YALE-NEW HAVEN HOSPITAL, INC. | : |
| DEFENDANTS | : JANUARY 23, 2004 |

### MOTION TO FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15 F.R.C.P., and the Local Rules of Civil Procedure, Plaintiff-Relator Robert C. Smith, M.D. seeks leave of court to amend his complaint to (1) further specify and clarify the allegations previously set forth; and (2) correct minor technical numbering errors. A copy of the proposed Second Amended Complaint is attached hereto.

Plaintiff-Relator Smith filed this action under seal pursuant to the *qui tam* provisions of the False Claims Act, 31. U.S.C. §3729 *et seq*. The first amended complaint has been served on Defendants and no answer has been filed. These changes in no way prejudice Defendant's ability to provide a defense against Plaintiff-Relator Smith's claims.

1

Respectfully submitted,

By: _____
Mary Alice Leonhardt
Federal Bar No. ct 02996

LAW OFFICES OF
MARY ALICE LEONHARDT, LLC
102 Oak Street
Hartford, CT 06106
Tel:    (860) 727-8874
Fax:    (860) 525-2194


ATTORNEYS FOR
PLAINTIFF-RELATOR SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this 23rd day of January 2004 via regular U.S. Mail to the following counsel of record:

Peter B. Prestley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford CT 06437

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

And that three (3) copies have been hand delivered, in accordance with Rule 5 of the Federal Rules of Civil Procedure and Rules 7(d) and 7(e) of the Local Rules of Civil Procedure to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Mary Alice Leonhardt, Esq.