UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel
AND ROBERT C. SMITH, M.D.

    -vs-                                                         Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND YALE-NEW HAVEN
HOSPITAL, INC.

ORDER ON MOTION FOR EXTENSION OF TIME

      The plaintiff's motion for extension of time until January 23, 2004 to file initial disclosures (Document #86) is hereby GRANTED, NUNC PRO TUNC.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 30, 2004.

                                                        /s/_____
                                                          Peter C. Dorsey, Senior
                                                         United States District Judge