## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, *ex. rel*, and    Civil Action
ROBERT SMITH                                No. 3:00CV01359(PCD)
      PLAINTIFFS
Vs.

YALE UNIVERSITY, and
YALE NEW HAVEN HOSPITAL, INC.,
      DEFENDANTS.                          January 20, 2004

### MOTION TO CLARIFY DEADLINES AS SET IN THE
### FORM 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Judge Dorsey's Endorsement Order dated December 24, 2003,

attached hereto as Exhibit A, Plaintiff Robert Smith wishes to clarify that the new

deadlines under the Form 26(f) Report of Parties' Planning meeting are as follows:

- All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ.

  P. 26(b)(4), will be commenced by December 1, 2003 and completed (not

  propounded) by **June 1, 2004**.

- The depositions will commence by January 15, 2004 and be completed by **June 1,**

  **2004.**

- Plaintiffs may call expert witnesses at trial. Plaintiffs will designate all trial

  experts and provide opposing counsel with reports from retained experts pursuant

  to Fed. R. Civ. P. 26(a)(2) by **March 3, 2004**.  Depositions of any such experts

  be completed by **April 2, 2004**.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

01/30/04.  SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.