UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.

    -vs-                                        Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

ENDORSEMENT ORDER

    Plaintiff's motion for extension of time until 2/6/04 to file his initial disclosures t

(Doc. #91) is hereby GRANTED NUNC PRO TUNC.

    SO ORDERED.

    Dated at New Haven, Connecticut, February 11, 2004.

                                    /s/      Peter C. Dorsey
                                            Peter C. Dorsey, Senior
                                            United States District Judge