UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 17  3:52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| v. | : 3:00CV01359 (PCD) |
| YALE UNIVERSITY and YALE NEW HAVEN HOSPITAL | : |
| | : February 13, 2004 |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves, pursuant to Local Civil Rule 7(b), for a 30-day extension of time, up to and including March 13, 2004, to file a response to plaintiff's Second Amended Complaint dated January 23, 2004. The undersigned has been on trial in New Haven Superior Court for the past several weeks and needs additional time to investigate the factual and legal issues raised by the complaint. Defense counsel spoke with Attorney Leonhardt's office this morning who indicated that she did not object to this motion but needed to speak with her co-counsel, Attorney Prestley, to see if he had any objection. At the time that this motion was finalized, defense counsel has not heard back from Attorney Leonhardt's office. This is the first request for an extension of time to respond to the plaintiff's Second Amended Complaint.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan  (#CT00189)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

_____
Patrick M. Noonan