# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA, ET AL. | : |
| | : |
| VS. | :    CASE NO. 3:00CV1359 (PCD) |
| | : |
| YALE UNIVERSITY, ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Extension of Time, document no. 93, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 19th day of February, 2004.

                /s/
        Peter C. Dorsey, U.S. District Judge
        United States District Court