## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | Civil Action |
| and ROBERT C. SMITH, M.D. | : | No. 3:00CV01359 (PCD) |
| PLAINTIFFS | : | False Claims Act |
| | : | Action Pursuant to |
| | : | 31 U.S.C. § 3730 |
| | : | |
| V. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| YALE-NEW HAVEN HOSPITAL, INC. | : | |
| DEFENDANTS | : | March 2, 2004 |

### PLAINTIFF'S FIRST MOTION ON CONSENT FOR EXTENSION OF THE DEADLINE TO DISCLOSE HIS EXPERT WITNESS REPORT AND DAMAGE ANALYSIS

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Robert C. Smith, M.D., respectfully requests a sixty (60) day extension of time – until May 3, 2004 – to disclose his Expert witness report in this matter and damage analysis. In support of this motion, Plaintiff states the following:

1. Pursuant to Judge Dorsey's Endorsement Order dated December 24, 2003, Plaintiff's expert reports were due on or before March 3, 2004. Defendant had until April 2, 2004 to depose said expert.

2. Plaintiff's damage analysis was due on or before March 3, 2004.

3. This is the first such request for enlargement of time sought by the Plaintiff in this matter.

**ORAL ARGUMENT NOT REQUESTED; TESTIMONY NOT REQUIRED**

4.      The undersigned's office conferred with Patrick M. Noonan and Kenneth D. Heath, attorneys for the Defendants. Attorney Noonan stated that he consents to the granting of this motion and Attorney Heath, was unavailable at the time to state whether he consents or not to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a sixty (60) day enlargement of time – until May 3, 2004 – for which to disclose his Expert witness report in this matter and damage analysis.

>                   Plaintiff,
>                   Robert C. Smith
>
> By:_____
>     Peter B. Prestley (ct 15799)
>     Madsen, Prestley & Parenteau, LLC
>     44 Capitol Avenue
>     Second Floor East
>     Hartford, CT 06106
>     (860) 246-2466 - Telephone
>     (860) 246-1794 - Facsimile

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent via first class mail on this 2nd day of March, 2004, to the following counsel of record:

Mary Alice Leonhardt
102 Oak Street
Hartford CT 06106

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Kenneth D. Heath
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

 

_____
Peter B. Prestley