UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>
and ROBERT C. SMITH, M.D.

    -vs-                                        Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

## ENDORSEMENT ORDER

      Plaintiff's motion for extension of time until 5/3/04 to disclose expert witness report (Doc. #95) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, March 10, 2004.

                                      /s/_____
                                          Peter C. Dorsey, Senior
                                          United States District Judge