UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 12 12:58 PM '04
NEW HAVEN, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00CV01359 (PCD) |
| v. | : | |
| | : | |
| YALE UNIVERSITY and<br>YALE NEW HAVEN HOSPITAL | : | |
| | : | |
| Defendants. | : | MARCH 10, 2004 |

## CERTIFICATION REGARDING SERVICE
## OF MOTION TO DISMISS

Pursuant to the Supplemental Order relating to motion filing procedures before Judge Dorsey, Defendant Yale New Haven Hospital hereby certifies that it has on the date above indicated served on plaintiff's counsel it's Motion to Dismiss and Memorandum in Support.

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: _____
Patrick M. Noonan (#CT00189)
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

### **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

_____
Patrick M. Noonan