## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex. rel*, **and** **ROBERT SMITH** **PLAINTIFFS** **Vs.** | **Civil Action** **No. 3:00CV01359(PCD)** |
| **YALE UNIVERSITY, and** **YALE NEW HAVEN HOSPITAL, INC.,** **DEFENDANTS.** | **March 24, 2004** |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
## HIS OPPOSITION TO MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rule of Civil Procedure and Local Rule 7 of this Court, Plaintiff respectfully requests a **fourteen-day** extension of time--until April 19, 2004 -- in which to file his Opposition to Defendant's Motion to Dismiss.  In support of this Motion, Plaintiff states as follows:

1. Defendant Yale New Haven Hospital's certification indicates that they mailed their motion papers on March 10, 2004, which made Plaintiff's opposition and response due April 5, 2004.

2. Due to the complex nature of this matter, the Plaintiff requires additional time to adequately prepare his Opposition to Defendant's Motion to Dismiss.

3. This is the first motion for extension of time filed with respect to this deadline.


**ORAL ARGUMENT IS REQUESTED; TESTIMONY IS NOT REQUIRED**

1

4.  The undersigned's office contacted Patrick Noonan, attorney for the Defendant, Yale New Haven Hospital, and he has stated that he consents to the granting of this motion.

WHEREFORE, Plaintiff respectfully request a **fourteen-day** extension of time, until, April 19, 2004, in which to file his Opposition to Defendant's Motion to Dismiss.

Plaintiff,
ROBERT C. SMITH, M.D.,


By:    _____
       Peter B. Prestley
       Fed. Bar No:  ct15799
       MADSEN, PRESTLEY & PARENTEAU, LLC
       44 Capitol Avenue, Suite 201
       Hartford, CT 06106
       (860) 246-2466
       Attorneys for Plaintiff

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 24th day of March, 2004 to all counsel and pro se parties of record, including:

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
41 Boston Post Road
Guilford, CT 06437

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

_____
Peter B. Prestley