# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, <u>ex rel</u>
and ROBERT C. SMITH, M.D.

    -vs-                                                        Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

## ENDORSEMENT ORDER

      Plaintiff's motion for extension of time until 4/19/04 to file their opposition to defendant's motion to dismiss (Doc. #100) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, April 2, 2004.

                                                  /s/ _____
                                                          Peter C. Dorsey, Senior
                                                          United States District Judge