UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES ex rel. and<br>ROBERT C. SMITH, M.D. | : | CIVIL NO. 3:00CV01359 (PCD) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL | : | APRIL 2, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b),

defendant Yale University ("Yale") moves for an extension of time from until April 30, 2004,

within which to answer or otherwise respond to plaintiff's Second Amended Complaint, which

was filed on March 23, 2004 following the Court's order granting plaintiff's motion for

permission to amend his complaint in this action. Yale requires the additional time in order to

prepare a response to the numerous allegations in the Second Amended Complaint.

This is the moving defendant's first request for an extension of time as to the Second

Amended Complaint. Plaintiff's counsel does not object to this motion.

**ORAL ARGUMENT IS NOT REQUESTED**

DEFENDANT
YALE UNIVERSITY

By: _____

William J. Doyle (ct04190)
Kenneth D. Heath (ct23659)
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
phone: (203) 498-4400
fax:    (203) 782-2889
email: wd oyle@wiggin.com
          kheath@wiggin.com

SO ORDERED:

_____
          U.S.D.C.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed on the 2nd day of April, 2003, to the following:

Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631
New London, CT 06320

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan
741 Boston Post Rd.
Guilford, CT 06437

and that, in accordance with Rule 5 of the Local Rules of Civil Procedure, three (3) copies have been mailed to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Kenneth D. Heath (ct23659)

\490\180\458393.1