# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, <u>ex rel</u>
and ROBERT C. SMITH, M.D.

-vs-                                                                           Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

<u>ENDORSEMENT ORDER</u>

_____Defendant, Yale University's motion for extension of time until April 30, 2004 to respond to plaintiff's Second Amended Complaint (Doc. #102) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, April 7, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge