UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| and ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00CV01359 (PCD) |
| v. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| YALE NEW HAVEN HOSPITAL | : | APRIL 6, 2004 |
| | : | |
| Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), defendant Yale-New Haven Hospital ("Yale") moves for an extension of time from April 30, 2004, within which to answer or otherwise respond to plaintiff's Second Amended Complaint, which was filed on March 23, 2004 following the Court's order granting plaintiff's motion for permission to amend his complaint in this action. Yale requires the additional time in order to prepare a response to the numerous allegations in the Second Amended Complaint.

This is the moving defendant's first request for an extension of time as to the Second Amended Complaint. Plaintiff's counsel does not object to this motion.

**ORAL ARGUMENT NOT REQUESTED**

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

2

                                    THE DEFENDANT
                                    YALE NEW HAVEN HOSPITAL

BY:_____
    Patrick M. Noonan  (#CT00189)
    Delaney, Zemetis, Donahue,
      Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    (203) 458-9168
    (203) 458-4424 - Fax

SO ORDERED:

_____
U.S.D.C.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Jacques J. Parenteau, Esquire
Madsen, Prestley & Parenteau
111 Huntington Street, PO Box 1631
New London, CT 06320

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

and that, in accordance with Rule 5 of the Local Rules of Civil Procedure, three (3) copies have been mailed to:

John Hughes, Esquire
Richard Molot, Esquire
Assistant United States Attorney
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Patrick M. Noonan