# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.

-vs-                                              Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

## ENDORSEMENT ORDER

_____Defendant, Yale-New Haven Hospital's motion for extension of time until April 30, 2004 to respond to plaintiff's Second Amended Complaint (Doc. #104) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, April 15, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge