UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | : | Civil Action No. 3:00-cv-01359(PCD) |
| Plaintiffs, | : | |
| vs. | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | : | April 16, 2004 |
| Defendants. | : | |

**MOTION OF DEFENDANT YALE UNIVERSITY
TO UNSEAL THE ORIGINAL COMPLAINT**

Defendant Yale University hereby moves this Court for an order unsealing the original

complaint filed in this action by Plaintiff-Relator Robert Smith. The foregoing motion is based

on the grounds set forth in the Memorandum of Law and Declaration of Jodi K. Miller, in

support of said motion, submitted herewith.

Respectfully submitted,

By: _____
William J. Doyle (ct 04190)
Kenneth D. Heath (ct 23659)
WIGGIN AND DANA, LLP
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400

Attorneys for Defendant
Yale University
Of Counsel:

**ORAL ARGUMENT IS NOT
REQUESTED**

Carl H. Loewenson, Jr.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

ny-563843

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, ex rel. and
ROBERT C. SMITH, M.D.,

                Plaintiffs,

        vs.

YALE UNIVERSITY and YALE-NEW HAVEN
HOSPITAL, INC.,

                Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action
No. 3:00-cv-01359(PCD)

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO UNSEAL THE ORIGINAL COMPLAINT**

Pursuant to the motion of Defendant Yale University to unseal the original complaint, the

memorandum of law, and declaration of Jodi K. Miller, in support thereof, and good cause

having been shown, IT IS HEREBY ORDERED that:

1.      The motion to unseal the original complaint is GRANTED;

2.      The original complaint be unsealed and a copy thereof provided to the defendants

in this action by Plaintiff-Relator Robert Smith by hand or overnight delivery within five (5) days

of this order; and

3.      All other documents currently filed under seal shall remain under seal, without

prejudice to the right of any party or the government to file further motions to unseal any

document that remains under seal or to oppose any such motions.

IT IS SO ORDERED.

Dated: April ____, 2004

                                 _____
                                    Peter C. Dorsey
                                    United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2004, I caused to be served a copy of the foregoing by United States Postal Service, First Class Mail to:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106
Facsimile: (860) 525-2194

Peter B. Presley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLL
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zementis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

Kenneth D. Heath (ct23659)

ny-563665