UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., <br><br> Defendants. | Civil Action <br> No. 3:00-cv-01359(PCD) |

## DECLARATION OF JODI K. MILLER, IN SUPPORT OF MOTION TO UNSEAL ORIGINAL COMPLAINT

I, JODI K. MILLER, declare:

1. I am a member of the law firm of Morrison & Foerster LLP, attorneys for the Defendant Yale University ("Yale"). I submit this affidavit in support of Yale's motion to unseal the original complaint filed by Plaintiff-Relator Robert Smith ("Relator Smith").

2. On April 13, 2004, Carl H. Loewenson, Jr., a partner of the law firm of Morrison & Foerster LLP, informed me that on April 9, 2004, he spoke by telephone with Assistant United States Attorney Richard Molot, and Mr. Molot stated that the government does not oppose the unsealing of the original complaint filed in this action.

3. Mr. Loewenson further informed me that on April 13, 2004, he spoke by telephone with Mary Alice Leonhardt, counsel for Relator Smith, and Ms. Leonhardt stated that Relator Smith does not oppose the unsealing of the original complaint filed in this action.

4. A true and correct copy of the government's Notice of Election to Decline Intervention dated September 16, 2003, is attached hereto at Exhibit A.

ny-565068

5.  A true and correct copy of the Court's September 18, 2003, Order is attached hereto at Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2004, at New York, New York.

_____
Jodi K. Miller

RECEIVED SEP 19 2003 By /lr/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. ROBERT C. SMITH, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YALE UNIVERSITY and ) <br> YALE-NEW HAVEN HOSPITAL, INC., ) <br> ) <br> Defendants. ) | No. 3:00cv01359 (PCD) <br><br><br><br><br><br><br><br> September 16, 2003 <br><br> [FILED UNDER SEAL] |

**COPY**

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves

its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the amended complaint, this notice, and the Court's Order be unsealed and served upon the defendants.[1] All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, and any and all other documents and memoranda filed by the United States) should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

                            Respectfully submitted,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

By: _____
     RICHARD M. MOLOT
     ASSISTANT U.S. ATTORNEY
     Federal Bar No. CT21676
     157 Church Street
     New Haven, Connecticut 06510
     (203) 821-3792

---

[1] On or about September 12, 2003, relator filed an amended complaint in this action.

-3-

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of The Government's Notice of Election to Decline Intervention and proposed Order was served by first-class mail, this 16th day of September, 2003, on:

>Mary Alice Leonhardt, Esq.
>102 Oak Street
>Hartford, CT 06106
>
>Peter B. Prestley, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Avenue, Suite 201
>Hartford, CT 06106

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants since this case is still under seal.

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 SEP 18 A 11: 12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. ROBERT C. SMITH, M.D., ) | |
| ) | No. 3:00cv01359(PCD) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YALE UNIVERSITY and ) | |
| YALE-NEW HAVEN HOSPITAL, INC., ) | |
| Defendants. ) | **[FILED UNDER SEAL]** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the amended complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the amended complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

**RECEIVED**
OCT 1 0 2003
OFFICE OF THE
GENERAL COUNSEL

-4-

A TRUE COPY
ATTEST:

Timothy S. Wall, Connecticut
State Marshal

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 18th day of September, 2003.

_____
Honorable Peter C. Dorsey
United States District Judge

A TRUE COPY
ATTEST

_____
THY S. WALL, STATE MARSHAL
EN COUNTY CONNECTICUT

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2004, I caused to be served a copy of the foregoing by United States Postal Service, First Class Mail to:

>  Mary Alice Leonhardt, Esq.
>  Law Offices of Mary Alice Leonhardt, LLC
>  102 Oak Street
>  Hartford, CT 06106
>  Facsimile: (860) 525-2194
>
>  Peter B. Presley, Esq.
>  Jacques J. Parenteau, Esq.
>  Madsen, Prestley & Parenteau, LLL
>  44 Capitol Avenue, Suite 201
>  Hartford, CT 06106
>
>  Patrick M. Noonan, Esq.
>  Delaney, Zementis, Donahue & Noonan, P.C.
>  741 Boston Post Road
>  Concept Park
>  Guilford, CT 06437

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

>  John Hughes, Esq.
>  Richard Molot, Esq.
>  Assistant United States Attorney
>  Office of the Assistant United States Attorney
>  157 Church Street, 23rd Floor
>  New Haven, CT 06510.

_____
Kenneth D. Heath (ct23659)

ny-563665