UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>ROBERT C. SMITH, M.D. | : | CIVIL NO. 3:00CV01359 (PCD) |
| | : | |
| vs. | : | |
| | : | |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL | : | APRIL 16, 2004 |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.1(d), Defendant Yale University, by its undersigned counsel, hereby moves the Court for an order admitting Carl H. Loewenson, Jr., Stanley R. Soya, and J. Alexander Lawrence to practice before this Court for the purpose of this case. In support of this motion, Yale states as follows:

1. As set forth in his accompanying Affidavit (Ex. 1), Mr. Loewenson is a partner in the law firm of Morrison & Foerster, LLP, located at 1290 Avenue of the Americas, New York, NY 10104-0050. He is a member in good standing of the Bar of New York State, and of the Bars of the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit.

2. As set forth in his accompanying Affidavit (Ex. 2), Mr. Soya is also a partner at Morrison & Foerster, in its office located at 1650 Tysons Boulevard, Suite 300, McLean, VA 22102. He is a member in good standing of the Bars of the District of Columbia, Maryland and Virginia, and of the Bars of the United States District Court for the District of Columbia, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Federal Claims.

3. As set forth in his accompanying Affidavit (Ex. 3), Mr. Alexander is an associate at the New York office of Morrison & Foerster. He is a member in good standing of the Bars of California, Georgia, New York and the District of Columbia, and of the Bars of the following courts: the Supreme Court of Georgia; the Supreme Court of California; the Court of Appeals for the District of Columbia; the New York Supreme Court Appellate Division, First Department; the United States District Courts for the Northern District of Georgia, the North District of California, and the Southern and Eastern Districts of New York; and the United States Courts of Appeals for the Second, Third, Fourth and Eleventh Circuits.

**ORAL ARGUMENT IS NOT REQUESTED**

5. The above counsel have not been denied admission or disciplined by this Court or any other court.

6. Counsel for Plaintiff Robert Smith have represented that they do not object to this Motion.

WHEREFORE, Yale respectfully requests that this Court admit the above counsel to practice before this Court for the purpose of this case.

DEFENDANT,
YALE UNIVERSITY

By: _____
William J. Doyle (ct04190)
Kenneth D. Heath (ct23659)
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
phone: (203) 498-4400
fax:    (203) 782-2889
email: wdoyle@wiggin.com
       kheath@wiggin.com

SO ORDERED:

_____
U.S.D.C.

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>ROBERT C. SMITH, M.D.<br><br>vs.<br><br>YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL | :  CIVIL NO. 3:00CV01359 (PCD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF CARL H. LOEWENSON, JR.**

Carl H. Loewenson, Jr., being duly sworn, deposes and says:

1. I am over eighteen years of age, understand the meaning of an oath, and make this statement based on personal knowledge.

2. I submit this affidavit in support of Yale University's motion to admit me *pro hac vice* for purposes of representing it in the above-captioned action.

3. I am a partner in the law firm of Morrison & Foerster, LLP. My contact information is as follows:

   Morrison & Foerster, LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   phone: 212-468-8000
   fax:    212-468-7900
   e-mail: cloewenson@mofo.com

4. I am a member in good standing of the Bar of New York State, and of the Bars of the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit.

5. I have not previously been denied admission to the Bar of this Court or any other court, nor have I been disciplined by this Court or any other court.

6. I have read and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Carl H. Loewenson, Jr.

Sworn to before me on this 7th day of April, 2004

_____
Notary
My commission expires:

KEVIN B. READ
Notary Public, State of New York
No. 02RE6092833
Qualified in Kings County
Commission Expires May 27, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>ROBERT C. SMITH, M.D.<br><br>vs.<br><br>YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL | :    CIVIL NO. 3:00CV01359 (PCD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF STANLEY R. SOYA

Stanley R. Soya, being duly sworn, deposes and says:

1. I am over eighteen years of age, understand the meaning of an oath, and make this statement based on personal knowledge.

2. I submit this affidavit in support of Yale University's motion to admit me *pro hac vice* for purposes of representing it in the above-captioned action.

3. I am a partner in the law firm of Morrison & Foerster, LLP. My contact information is as follows:

   Morrison & Foerster, LLP
   1650 Tysons Boulevard, Suite 300
   McLean, VA 22102
   phone: 703-760-7760
   fax:    703-760-7777
   e-mail: ssoya@mofo.com

4. I am a member in good standing of the Bars of the District of Columbia, Maryland and Virginia, and of the Bars of the United States District Court for the District of Columbia, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Federal Claims.

5. I have not previously been denied admission to the Bar of this Court or any other court, nor have I been disciplined by this Court or any other court.

6. I have read and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Stanley R. Soya

Sworn to before me on this 7th day of April, 2004.

_Michelle E. Rasmussen_
Notary
My commission expires: June 30, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. : <br> ROBERT C. SMITH, M.D. : <br> : <br> vs. : <br> : <br> YALE UNIVERSITY and : <br> YALE-NEW HAVEN HOSPITAL : | CIVIL NO. 3:00CV01359 (PCD) |

**AFFIDAVIT OF J. ALEXANDER LAWRENCE**

J. Alexander Lawrence, being duly sworn, deposes and says:

1. I am over eighteen years of age, understand the meaning of an oath, and make this statement based on personal knowledge.

2. I submit this affidavit in support of Yale University's motion to admit me *pro hac vice* for purposes of representing it in the above-captioned action.

3. I am an attorney with the law firm of Morrison & Foerster, LLP. My contact information is as follows:

    Morrison & Foerster, LLP
    1290 Avenue of the Americas
    New York, NY 10104-0050
    phone: 212-468-8000
    fax:    212-468-7900
    e-mail: alawrence@mofo.com

4. I am a member in good standing of the Bars of California, Georgia, New York and the District of Columbia, and of the Bars of the following courts: the Supreme Court of Georgia; the Supreme Court of California; the Court of Appeals for the District of Columbia; the New York Supreme Court Appellate Division, First Department; the United States District Courts for the Northern District of Georgia, the North District of California, and the Southern and Eastern Districts of New York; and the United States Courts of Appeals for the Second, Third, Fourth and Eleventh Circuits.

5. I have not previously been denied admission to the Bar of this Court or any other court, nor have I been disciplined by this Court or any other court.

6. I have read and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
J. Alexander Lawrence

Sworn to before me on this 7th day of April, 2004

_____
Notary
My commission expires:

DEANNA SCHWARTZ
Notary Public, State of New York
No. 41-4504690
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 12/31/05

2

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2004, I caused to be served a copy of the foregoing by United States Postal Service, First Class Mail to:

>   Mary Alice Leonhardt, Esq.
>   Law Offices of Mary Alice Leonhardt, LLC
>   102 Oak Street
>   Hartford, CT 06106
>   Facsimile: (860) 525-2194
>
>   Peter B. Presley, Esq.
>   Jacques J. Parenteau, Esq.
>   Madsen, Prestley & Parenteau, LLL
>   44 Capitol Avenue, Suite 201
>   Hartford, CT 06106
>
>   Patrick M. Noonan, Esq.
>   Delaney, Zementis, Donahue & Noonan, P.C.
>   741 Boston Post Road
>   Concept Park
>   Guilford, CT 06437

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

>   John Hughes, Esq.
>   Richard Molot, Esq.
>   Assistant United States Attorney
>   Office of the Assistant United States Attorney
>   157 Church Street, 23rd Floor
>   New Haven, CT 06510.

_____
Kenneth D. Heath (ct23659)

ny-563665