# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, EX REL.
ROBERT C. SMITH, M.D.

    -vs-                                            Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL

### ENDORSEMENT ORDER

      Defendant, Yale University's motion for Admission Pro Hac Vice of Carl H. Loewenson, Jr., Esq., Stanley R. Soya, Esq., and J. Alexander Lawrence, Esq., (Doc. #109) is hereby ORDERED ACCORDINGLY.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 21, 2004.

                                      KEVIN F. ROWE
                                      Clerk, U.S. District Court

                                By / s/ _____
                                    Patricia A. Villano
                                    Deputy Clerk