UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | : | Civil Action No. 3:00-cv-01359(PCD) |
| Plaintiff, | : | |
| vs. | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | : | |
| Defendants. | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule of Civil

Procedure 7(b), and for the reasons set forth below and in the Declaration of Carl H. Loewenson,

Jr., submitted herewith, defendant Yale University ("Yale"), with the consent of all parties,

hereby moves this Court for an extension of time within which Defendants may serve their

motion to dismiss Plaintiff-Relator Robert Smith's ("Relator") Second Amended Complaint.

On April 22, 2004, Carl H. Loewenson, Jr., Esq., counsel for Yale, spoke by telephone

with Jacques Parenteau, Esq., counsel for Relator, regarding the briefing schedule in this case.

Relator is scheduled to go to trial in a state court proceeding against Yale on June 1, 2004, which

proceeding is expected to conclude no later than July 17, 2004.  Thus, absent an extension of the

briefing schedule in the case before Your Honor, counsel for Relator would have to respond to

Defendants' motion to dismiss approximately one week before starting a seven-week jury trial in

**ORAL ARGUMENT IS NOT REQUESTED**

state court. In light of the state court trial schedule, as well as planned summer travel schedules, the parties agree that Defendants' motion to dismiss the Second Amended Complaint may be served on Relator by July 15, 2004, Relator's opposition to the motion may be served by August 30, 2004, and Defendants' reply may be served by September 20, 2004.

This is Yale's second request for an extension of time as to Relator's Second Amended Complaint.

This motion is made on consent of all parties. A proposed Order is attached.

Respectfully submitted,

Dated:  April 27, 2004

By: _____

William J. Doyle (ct04190)
Kenneth D. Heath (ct23659)
WIGGIN & DANA, LLP
265 Church Street, One Century Tower
New Haven, CT  06508-1832
(203) 498-4400

Carl H. Loewenson, Jr.
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0185
(212) 468-8000

Attorneys for Defendant
Yale University

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D.,<br><br>        Plaintiff,<br><br>    vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>        Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD) |

## [PROPOSED] ORDER GRANTING
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the unopposed motion of Defendant Yale University for an extension of time, and the declaration of Carl H. Loewenson, Jr., in support thereof, and good cause having been shown, IT IS HEREBY ORDERED that:

1.      Defendants Yale University and Yale-New Haven Hospital, Inc., shall serve their motion to dismiss the Second Amended Complaint by July 15, 2004;

2.      Plaintiff-Relator shall serve his opposition to the motion by August 30, 2004;

3.      Defendants Yale University and Yale-New Haven Hospital, Inc., shall reply thereto by September 20, 2004; and

4.      Counsel for the parties shall confer in good faith in an effort to present to the Court a proposed revised schedule for discovery and other pretrial matters.

IT IS SO ORDERED.

Dated: _____, 2004

_____
Peter C. Dorsey
United States District Judge

CERTIFICATE OF SERVICE

I, hereby certify that on April 27, 2004, I caused to be served a copy of the Unopposed

Motion for Extension of Time and Papers in Support Thereof by facsimile and by United States

Postal Service, First Class Mail to:

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106
Facsimile: (860) 525-2194

Peter B. Prestley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLP
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Facsimile: (860) 246-1794

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437
Facsimile: (203) 458-4424

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States
Postal Service, First Class Mail to:

Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT 06510
Facsimile: (203) 773-5373

Dated:    April 27, 2004
          New Haven, CT


Kenneth D. Heath (ct23659)