# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, EX REL.
ROBERT C. SMITH, M.D.

    -vs-                                                      Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL

## ENDORSEMENT ORDER

      Pursuant to a telephone conversation between the Courtroom Deputy and Counsel, defendant, Yale University's motion for extension of time until July 15, 2004 to serve their motion to dismiss the Second Amended Complaint on Relator, until August 30, 2004 for Relator to serve their opposition and defendants' reply to be served by September 30, 2004 (Doc. 111) is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, April 30, 2004.

                                              /s/
                                              Peter C. Dorsey, Senior
                                              United States District Judge