UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA ex rel. ROBERT : Civil Action
C. SMITH, M.D., : No. 3:00-cv-01359(PCD)

        Plaintiff,

vs.

YALE UNIVERSITY and YALE-NEW HAVEN
HOSPITAL, INC.,

        Defendants.

### DECLARATION OF CARL H. LOEWENSON, JR., IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, CARL H. LOEWENSON, JR., declare:

1. I am a member of the law firm of Morrison & Foerster LLP, attorneys for the Defendant Yale University ("Yale"). I submit this affidavit in support of Yale's unopposed motion for extension of time to respond to the Second Amended Complaint.

2. Plaintiff-Relator Robert Smith ("Relator") filed his Second Amended Complaint on March 23, 2004. On April 7, 2004, this Court granted Yale's motion to extend the time to move, answer or otherwise respond to the Second Amended Complaint to April 30, 2004.

3. On April 22, 2004, I spoke by telephone with Jacques Parenteau, Esq., counsel for Relator, regarding the current briefing schedule in this case.

4. Relator is scheduled to go to trial in state court proceedings against Yale on June 1, 2004. Mr. Parenteau and William J. Doyle, Esq., of Wiggin & Dana LLP, counsel for Yale in that matter, have informed me that the state court judge has told the parties to that action that the trial will conclude no later than July 17, 2004. Absent an extension of the briefing schedule in

ny-566731

this case before Your Honor, counsel for Relator would have to respond to Defendants' motion to dismiss approximately one week before starting a seven-week jury trial in state court.

5. In light of this trial schedule, as well as planned summer vacation schedules, the parties agree that Defendants' motion to dismiss Relator's Second Amended Complaint in this case may be served on Relator by July 15, 2004, at or about the scheduled conclusion of the state court trial. Thereafter, Relator's opposition to the motion to dismiss may be served by August 30, 2004, and Defendants' reply thereto may be served by September 20, 2004.

6. Under this Court's order, dated January 30, 2004, all discovery was to be completed by June 1, 2004. In light of the proposed briefing schedule on the motion to dismiss the Second Amended Complaint, the parties propose that the Court permit the parties to confer in good faith in an effort to present to the Court a proposed revised schedule for discovery and other pretrial matters.

7. Counsel for all parties have reviewed a draft of this declaration, the motion for an extension of time, and the proposed order, submitted herewith, and this motion is made on consent of all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2004 at New York, New York.

_____
Carl H. Loewenson, Jr.

ny-566731                                    2

## CERTIFICATE OF SERVICE

I, hereby certify that on April 27, 2004, I caused to be served a copy of the Unopposed Motion for Extension of Time and Papers in Support Thereof by facsimile and by United States Postal Service, First Class Mail to:

> Mary Alice Leonhardt, Esq.
> Law Offices of Mary Alice Leonhardt, LLC
> 102 Oak Street
> Hartford, CT 06106
> Facsimile: (860) 525-2194
>
> Peter B. Prestley, Esq.
> Jacques J. Parenteau, Esq.
> Madsen, Prestley & Parenteau, LLP
> 44 Capitol Avenue, Suite 201
> Hartford, CT 06106
> Facsimile: (860) 246-1794
>
> Patrick M. Noonan, Esq.
> Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
> 741 Boston Post Road
> Concept Park
> Guilford, CT 06437
> Facsimile: (203) 458-4424

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

> Richard Molot, Esq.
> Assistant United States Attorney
> Office of the Assistant United States Attorney
> District of Connecticut
> 157 Church Street, 23rd Floor
> New Haven, CT 06510
> Facsimile: (203) 773-5373

Dated:   April 27, 2004
         New Haven, CT

                                             _____
                                             Kenneth D. Heath (ct23659)