UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>ROBERT C. SMITH, M.D.<br>       PLAINTIFFS | : Civil Action<br>: No. 3:00CV01359 (PCD)<br>: False Claims Act<br>: Action Pursuant to<br>: 31 U.S.C. § 3730 |
| V. | : |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.<br>       DEFENDANTS | :<br>:<br>: May 14, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule Civil Procedure 7(b) and for the reasons set forth below, Plaintiff United States of America ex rel, Robert C. Smith (Smith), hereby moves this Court for an enlargement of time within which to complete discovery and to file dispositive motions in order to allow discovery and dispositive motion filings to track the recent order of the Court dated April 30, 2004.

Pursuant to that order and for the reasons stated in Defendant Yale's Unopposed Motion for Extension of Time to serve its Motion to Dismiss, the Court extended the time until July 15, 2004 for Yale to serve its Motion to Dismiss the Second Amended Complaint on Smith, the time until August 30, 2004 for Smith to serve his opposition, and the time until September 20, 2004 for Defendant Yale to serve its reply. Under this Court's order dated

**ORAL ARGUMENT IS NOT REQUESTED; TESTIMONY IS NOT REQUIRED**

December 24, 2003, all discovery was to be completed by June 1, 2004 and all dispositive motions filed by July 1, 2004. In light of the current briefing schedule on the Motion to Dismiss the Second Amended Complaint, the parties have conferred in a good faith effort to present the Court with a revised schedule for discovery and dispositive motions to reflect the new briefing schedule on the motion to dismiss. Plaintiff and Defendants agree that the scheduling order needs to be modified, however do not agree on the appropriate modification. Defendants have informed Plaintiff that they are intending to file a request to stay discovery pending the Court rendering a decision on Defendant's motion to dismiss, and will move for an enlargement of time periods which would be appropriate if such motion is granted, due to the delay occasioned by any such stay. Plaintiff opposes any stay of discovery pending the Court's decision on Defendant's motion to dismiss because Plaintiff submits that a pending motion to dismiss should not delay discovery in general, and further that any decision whether to exclude consideration of any evidence obtained by discovery will be made by the Court if and when any such evidence is adduced and the issue raised.

Accordingly, the Plaintiff hereby moves for an extension to track the deadline extension for the Motion to Dismiss briefing so that discovery will end on September 20, 2004, and dispositive motions will be made by October 20, 2004. In this regard, it is submitted that, although there has been extensive discovery and exchange of many of the documents involved in this case, additional time for further discovery is needed. Also, counsel for both parties are and have been deeply involved in trial preparation in a related case which will involve several week trial, and will commence in state court in Waterbury Connecticut Complex Litigation Docket on June 1, 2004. Also, additional time is necessary to permit possibly additional necessary discovery with respect to Yale's Motion to Dismiss,

and Smith's opposition thereto. It is anticipated that granting this motion will not prolong the progress of the case in view of the present briefing schedule on the motion to dismiss.

This is Smith's second request for an enlargement of time as to his Second Amended Complaint.

A proposed order is attached.

                          PLAINTIFFS,
                          UNITED STATES OF AMERICA, ex rel and
                          ROBERT C. SMITH, M.D.

By: _____
                          Peter B. Prestley
                          Federal Bar No.: ct15799

                          MADSEN, PRESTLEY & PARENTEAU, LLC
                          44 Capitol Avenue, Suite 201
                          Hartford, Connecticut 06106
                          Tele: (860) 246-2466
                          Fax: (860) 246-1794

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed to the following counsel of record on this 14th day of May, 2004:

Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

William J. Doyle
Kenneth Heath
Wiggin & Dana
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

                                                      Peter B. Prestley

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u> and ROBERT C. SMITH, M.D.<br>PLAINTIFFS | : Civil Action<br>: No. 3:00CV01359 (PCD)<br>: False Claims Act<br>: Action Pursuant to<br>: 31 U.S.C. § 3730<br>: |
| V. | : |
| YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.<br>DEFENDANTS | :<br>:<br>: May 14, 2004 |

## PROPOSED ORDER GRANTING JOINT MOTION
## FOR ENLARGEMENT OF TIME

Pursuant to the Motion of Plaintiff Robert C. Smith for an enlargement of time, and good cause having been shown, it is hereby ordered that discovery be completed, not propounded, by September 20, 2004, and that all dispositive motions be filed by October 20, 2004. It is so ordered.