UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br><br>MAY 18, 2004 |

## DEFENDANTS' MOTION TO QUASH
## THE THIRD-PARTY SUBPOENA AND STAY DISCOVERY

Defendants Yale University and Yale-New Haven Hospital, Inc. ("Defendants") hereby move this Court, pursuant to Federal Rules of Civil Procedure 26(c) and 45(c), for a protective order quashing the third-party subpoena served on United Healthcare on May 7, 2004, and staying discovery pending the Court's ruling on Defendants' forthcoming motion to dismiss the Second Amended Complaint, which will be filed with the Court on or before July 15, 2004. This motion is based on the grounds set forth in the Memorandum of Law submitted herewith.

**ORAL ARGUMENT IS NOT REQUESTED**

ny-570846

Dated: May 18, 2004

Respectfully submitted,

WIGGIN & DANA LLP

*[signature]*

William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400

- and -

MORRISON & FOERSTER LLP
Carl H. Loewenson, Jr. (*pro hac vice*)
Stanley R. Soya (*pro hac vice*)
J. Alexander Lawrence (*pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

Attorneys for Defendant Yale University


DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.

*[signature]*

Patrick M. Noonan (CT00189)
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Attorneys for Defendant
Yale-New Haven Hospital, Inc.