UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br>MAY 18, 2004 |

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

Defendants Yale University ("Yale") and Yale-New Haven Hospital, Inc. ("YNHH") (collectively "Defendants") submit this motion to modify the Scheduling Order:

On December 16, 2003, the parties submitted their Rule 26(f) Report and Case Management Plan.

On December 24, 2003, the Court approved and adopted in part the parties' Rule 26(f) Report and Case Management Plan ("Scheduling Order"). The Court set dates for the completion of discovery and the filing of dispositive motions, and ordered that the deadlines set forth in the Report were to be modified accordingly.

On January 20, 2004, Plaintiff-Relator Robert C. Smith, M.D. ("Relator") filed a Motion to Clarify Deadlines as Set in the Rule 26(f) Report and Case Management Plan. On January 30, 2004, the Court granted Relator's motion.

On April 30, 2004, the Court granted the parties' unopposed motion for an extension of time, whereby Defendants shall serve their motion to dismiss Relator's Second Amended

**ORAL ARGUMENT IS NOT REQUESTED**

ny-569840

Complaint by July 15, 2004, Relator shall serve its brief in opposition to the motion to dismiss by August 20, 2004, and Defendants shall serve any replies thereto by September 20, 2004.

On May 13, 2004, Yale University proposed the schedule set forth below to counsel for Relator, and Relator proposed an alternative schedule with the dates set forth below earlier by between three to four months.

On May 14, 2004, Yale proposed a compromise schedule, noting that Relator's proposed schedule did not provide adequate time to complete discovery following the briefing of the motion to dismiss. Yale explained that in light of a subpoena for documents that Relator served upon third-party United Healthcare (the "Third Party Subpoena"), Defendants intend to move to stay discovery until after the Court reaches a decision on its motion to dismiss the Second Amended Complaint and that, under well-settled case law, facts obtained during discovery cannot be used to overcome any pleading deficiency under Rule 9(b) of the Federal Rules of Civil Procedure. Under the usual circumstances of this False Claims Act case in which the Government has declined to intervene, until the Court issues a decision on the motion to dismiss, engaging in discovery would be improper. Thus, sufficient time should be provided after a decision on the motion to dismiss to complete any necessary discovery. Yale proposed filing a joint statement setting forth the parties' positions on whether discovery should proceed while the motion to dismiss is pending and providing alternative schedules. Rather than filing a joint statement, Relator chose to file a separate motion to amend the scheduling order.

With this motion, Defendants have also filed a motion for a protective order quashing the Third Party Subpoena and staying discovery pending the Court's ruling on Defendants' forthcoming motion to dismiss the Second Amended Complaint

To attempt to conform the schedule of this case to the current briefing schedule for any motion to dismiss the Second Amended Complaint, and to provide sufficient time for the parties to complete discovery following a decision on the motion to dismiss, Defendants propose the following case management schedule:

1. Factual discovery shall be completed (not propounded) by **April 1, 2005**.

2. A damages analysis will be provided by any party who has a claim or counterclaim for damages: by Relator on or before **May 2, 2005,** and by the Defendants on or before **June 1, 2005**.[1]

3. Relator shall designate any expert witnesses and provide Defendants with reports from retained experts pursuant to Federal Rule of Civil Procedure 26(a)(2) on or before **May 2, 2005**.

4. Defendants shall designate any expert witnesses and provide Relator with reports from retained experts pursuant to Federal Rule of Civil Procedure 26(a)(2) on or before **June 1, 2005**.

5. The parties shall exchange rebuttal expert reports, if any, on or before **June 15, 2005**.

6. Expert discovery shall be completed (not propounded) by **July 15, 2005**.

7. Dispositive motions shall be filed no later than **September 2, 2005**.

8. The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within thirty (30) days of the Court's ruling on any dispositive motions.

---

[1] Relator produced his damage analysis to Defendants on May 3, 2004.

ny-569840                                      3

9.   The case will be ready for trial by thirty (30) days after the submission of the joint trial memorandum.

Dated: May 18, 2004

Respectfully submitted,

WIGGIN & DANA LLP

*/s/*

William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400

- and -

MORRISON & FOERSTER LLP
Carl H. Loewenson, Jr. (*pro hac vice*)
Stanley R. Soya (*pro hac vice*)
J. Alexander Lawrence (*pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

Attorneys for Defendant Yale University

DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.

*/s/*

Patrick M. Noonan (CT00189)
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Attorneys for Defendant
Yale-New Haven Hospital, Inc.

## CERTIFICATE OF SERVICE

I, Kenneth D. Heath, hereby certify that true and correct copies of Defendants' Motion to Quash the Third-Party Subpoena and Stay Discovery were served by U.S. Mail, on May 19, 2004, upon:

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Kenneth D. Heath

ny-569967