UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA, ET AL. | : |
| | : |
| VS. | : CASE NO. 3:00CV1359 (PCD) |
| | : |
| YALE UNIVERSITY, ET AL. | : |

## ENDORSEMENT ORDER

The Motion of Defendant Yale University to Unseal the Original Complaint, document no. 106, is GRANTED absent opposition.

SO ORDERED. Dated at New Haven, Connecticut, this 2nd day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court