**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.

-vs-                                                    Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

ENDORSEMENT ORDER

_____Plaintiff, United States of America, ex rel, Robert C. Smith's motion for extension of time until September 20, 2004 to complete discovery and until October 20, 2004 to file dispositive motion, in compliance with the supplemental order, (Doc. #114) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, June 3, 2004.

/s/_____
    Peter C. Dorsey, Senior
    United States District Judge