**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>
and ROBERT C. SMITH, M.D.

-vs-                                                                                    Civil No. 3:00 cv 1359 (PCD)

YALE UNIVERSITY AND
YALE-NEW HAVEN HOSPITAL, INC.

<u>ENDORSEMENT ORDER</u>

     Defendants' motion to modify scheduling order (Doc. #117) is hereby DENIED. This case is four years old. To suggest another year and more to be prepared for trial is not shown to be reasonable nor does it reflect an adequate effort to date to complete pretrial procedures. While the time lag has largely been due to the failure of the government to decide on intervention, that does not justify the protracted extensions requested.

     SO ORDERED.

     Dated at New Haven, Connecticut, June 3, 2004.

                                                                             /s/_____
                                                                            Peter C. Dorsey, Senior
                                                                            United States District Judge