UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| and ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00CV01359 (PCD) |
| v. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| YALE NEW HAVEN HOSPITAL | : | |
| | : | |
| Defendants. | : | JUNE 18, 2004 |

## MOTION TO COMPEL

On May 11, 2004, the undersigned served a Request for Production of Documents on the plaintiffs. To date, the plaintiffs have failed, neglected and/or refused to respond to this discovery request. The time for responding to this discovery request has elapsed.

Accordingly, the undersigned moves this Court to compel the plaintiff to fully comply with the production request dated May 11, 2004 or, in the alternative, that a judgment of non-suit enter against the plaintiff.

                                            THE DEFENDANT
                                            YALE NEW HAVEN HOSPITAL

                              BY:_____
                                            Patrick M. Noonan  (#CT00189)
                                            Delaney, Zemetis, Donahue,
                                              Durham & Noonan, P.C.
                                          741 Boston Post Road

**TESTIMONY IS NOT REQUIRED**     Guilford, CT 06437
**ORAL ARGUMENT IS NOT REQUESTED**   (203) 458-9168

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168 • FAX:  (203) 458-4424
JURIS NO. 415438

## **O R D E R**

Upon the foregoing motion having been heard, it is hereby Ordered that said motion be

Granted/Denied.

BY THE COURT

_____<br>Judge/Clerk

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

Carl H. Loewenson, Jr.
J. Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Stanley R. Soya
Morrison & Foerster, LLP
1650 Tysons Boulevard, Suite 300
McLean, VA  22102

Richard Molot, Esq.
United States Attorney
157 Church Street
New Haven, CT  06510

_____
Patrick M. Noonan