# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: Civil Action No.3:00-cv-01359 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

United States ex rel.
ROBERT C. SMITH M.D.,
       Plaintiff,

vs.

YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,

       Defendants.

---

6/23/04
**Date**

ct25883
**Connecticut Federal Bar Number**

(703) 760-7760
**Telephone Number**

(703) 760-7777
**Fax Number**

ssoya@mofo.com
**E-mail address**

---

*Signature*

Stanley R. Soya
**Print Clearly or Type Name**
Morrison & Foerster LLP
1650 Tysons Blvd., Suite 300
**Address**
McLean, VA 22102

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

(SEE ATTACHED)

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Ja

## CERTIFICATE OF SERVICE

I, Sarah C. Rosell, hereby certify that true and correct copies of the Notice of Appearance of Stanley R. Soya was served by U.S. Mail, on June 24, 2004, upon:

William J. Doyle
Kenneth D. Heath
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Sarah C. Rosell