UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 29  P 4: 35

DISTRICT C
NEW HAVEN, CONN.

UNITED STATES OF AMERICA, *ex. rel*, and
ROBERT SMITH
        PLAINTIFFS

Civil Action
No. 3:00CV01359(PCD)

Vs.

YALE UNIVERSITY, and
YALE NEW HAVEN HOSPITAL, INC.,
        DEFENDANTS.

June 29, 2004

## MEMORANDUM OF LAW IN OPPOSITION
## TO YALE NEW HAVEN HOSPITAL'S MOTION TO COMPEL

Plaintiff, Robert Smith, M.D., through his undersigned counsel, hereby opposes

Defendant's Motion to Compel, dated June 18, 2004. Plaintiff has agreed to comply with

Defendant's discovery request on or before June 30, 2004. Accordingly, Defendant's

Motion should be denied.

Plaintiff has notified Defendant's counsel Patrick Noonan, representing the party

Yale New Haven Hospital, which made the instant motion.

PLAINTIFF-RELATOR,
ROBERT B. SMITH, M.D.

By:

Peter B. Prestley
Federal Bar No.: ct15799

MADSEN, PRESTLEY, & PARENTEAU
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel:    (860) 246-2466
Fax:   (860) 246-1794
ATTORNEY FOR
PLAINTIFF-RELATOR SMITH

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of June 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

Peter B. Prestley, Esq.