UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., <br><br> Defendants. | Civil Action <br> No. 3:00-cv-01359(PCD) |

### DEFENDANT YALE UNIVERSITY'S UNOPPOSED MOTION TO FILE AN OVER-LENGTH MEMORANDUM OF LAW

Defendant Yale University ("Yale"), with the consent of all parties, hereby moves this Court for permission to file an over-length memorandum of law in support of its motion to dismiss Plaintiff-Relator Robert Smith's ("Relator") Second Amended Complaint. Yale requests up to an additional ten (10) pages for its memorandum of law. This motion is supported by the attached declaration of J. Alexander Lawrence.

Dated: July 6, 2004

Respectfully submitted,

MORRISON & FOERSTER LLP

*[signature]*
Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

- and -

WIGGIN & DANA LLP
William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400

Attorneys for Defendant Yale University