UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | Civil Action No. 3:00-cv-01359(PCD) |
| Plaintiff, | |
| vs. | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | |
| Defendants. | |

**DECLARATION OF J. ALEXANDER LAWRENCE IN SUPPORT OF UNOPPOSED MOTION TO FILE AN OVER-LENGTH MEMORANDUM OF LAW**

I, J. ALEXANDER LAWRENCE, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Defendant Yale University ("Yale"). I submit this declaration in support of Yale's unopposed motion to file an over-length memorandum of law in support of its motion to dismiss Plaintiff-Relator Robert Smith's ("Relator") Second Amended Complaint.

2. On July 2, 2004, I sent an e-mail to Peter Prestley and Mary Alice Leonhardt, counsel for Relator, inquiring whether Relator would oppose Yale's motion to file an over-length memorandum of law in support of its motion to dismiss. Specifically, I requested up to ten pages in addition to that allowed by the Local Rules of the District of Connecticut.

3. On July 2, 2004, Ms. Leonhardt replied by e-mail that Relator would not oppose such a motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2004 at New York, New York.

_____
J. Alexander Lawrence