UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br><br><br><br><br><br>July 12, 2004 |

FILED
JUL 12  2 58 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## PLAINTIFFS' FIRST MOTION ON CONSENT FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Robert C. Smith, M.D., respectfully requests a fourteen (14) day extension of time -- up to and including July 26, 2004 -- in which to file his Objections and Responses to Defendant's First Set of Interrogatories. In support of this motion, Plaintiff states the following:

1. Defendant's Interrogatories were served on or about June 11, 2004. Therefore, under the applicable rules, Plaintiff's responses are due on or before July 12, 2004.

2. The Plaintiff requires additional time to adequately prepare responses to Defendant's requests.

3. This is the third motion for extension of time filed in this matter.

**ORAL ARGUMENT NOT REQUESTED; TESTIMONY NOT REQUIRED**

1

4.  Plaintiff is within the current discovery period which ends September 20, 2004.

5.  On July 12, 2004, in response to an inquiry by the undersigned's office, Alexander J. Lawrence, counsel for the Defendant, indicated that he has **no objection** to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a fourteen (14) day extension of time -- up to and including July 26, 2004 -- in which to file his Objections and Responses to Defendant's First Set of Interrogatories.

Plaintiff, Robert C. Smith, M.D.

By: _____
Peter B. Prestley (ct 15799)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466 - Telephone
(860) 246-1794 - Facsimile

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail on this 12th day of July 2004, to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

_____
Peter B. Prestley, Esq.