UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br>JULY 15, 2004<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**NOTICE OF FILING OF CERTIFICATE OF SERVICE OF THE
MOTION OF DEFENDANTS YALE UNIVERSITY AND YALE-NEW
HAVEN HOSPITAL, INC. TO DISMISS THE SECOND AMENDED COMPLAINT**

In accordance with the Supplemental Order for Motion Filing Procedure Before this Court, Defendants Yale University ("Yale") and Yale-New Haven Hospital, Inc. ("YNHH") (collectively, "Defendants") hereby file the certificate of timely service of the following:

- Defendants' Motion to Dismiss the Second Amended Complaint pursuant to Rules 9(b), 12(b)(1), 12(b)(6), and 12(h)(2) of the Federal Rules of Civil Procedure;

- Memorandum of Law in support thereof; and

- Declaration of William J. Doyle in support thereof.

ny-578660                                    1

Dated: July 15, 2004

Respectfully submitted,

By: *William Doyle* (WP SR)
William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
WIGGIN & DANA LLP
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400

By: *Carl H. Loewenson Jr.* (WP SR)
Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

Attorneys for Defendant
Yale University

By: *Patrick M Noonan* (WP SR)
Patrick M. Noonan (CT00189)
DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Attorneys for Defendant
Yale-New Haven Hospital, Inc.

## CERTIFICATE OF SERVICE

I, J. Alexander Lawrence, hereby certify that true and correct copies of Defendants' Motion to Dismiss the Second Amended Complaint pursuant to Rules 9(b), 12(b)(1), 12(b)(6), and 12(h)(2) of the Federal Rules of Civil Procedure and the Memorandum of Law and Declaration of William J. Doyle in support thereof were served by Overnight Delivery, on July 15, 2004, upon:

Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by Overnight Delivery to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
J. Alexander Lawrence

ny-578660