FILED

Jul 28  2 30 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:00CV01359 (PCD) |
| v. : | |
| : | |
| YALE UNIVERSITY and : | |
| YALE NEW HAVEN HOSPITAL : | July 26, 2004 |
| : | |
| Defendants. : | |

### MOTION FOR EXTENSION OF TIME

The defendant, Yale University, hereby moves for a 30 day extension of time up to and including August 28, 2004, within which to respond to plaintiff's First Set of Requests for Production of Documents dated June 28, 2004. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. In addition, defense counsel has been on trial and will be on vacation for two weeks beginning on July 26, 2004. Defense counsel left a message on plaintiff's counsel voicemail but has not heard back from him to determine whether or not he has any objection to the granting of this motion. This is the defendant's first request for an extension of time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE UNIVERSITY

BY: *Patrick M. Noonan* (signature)
Patrick M. Noonan  (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

2