UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 28  2 30 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>and ROBERT C. SMITH, M.D. | :<br>:<br>: CIVIL ACTION NO. |
| Plaintiffs, | : 3:00CV01359 (PCD) |
| v. | : |
| YALE UNIVERSITY and<br>YALE NEW HAVEN HOSPITAL | :<br>: July 26, 2004 |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves for a 30 day extension of time up to and including August 28, 2004, within which to respond to plaintiff's First Set of Requests for Production of Documents dated June 28, 2004. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. In addition, defense counsel has been on trial and will be on vacation for two weeks beginning on July 26, 2004. Defense counsel left a message on plaintiff's counsel voicemail but has not heard back from him to determine whether or not he has any objection to the granting of this motion. This is the defendant's first request for an extension of time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: *Patrick M Noonan*
Patrick M. Noonan  (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

Carl H. Loewenson, Jr.
Joseph Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Stanley R. Soya
Morrison & Foerster, LLP
1650 Tysons Boulevard, Suite 300
McLean, VA 22102

Richard Molot, Esq.
United States Attorney
157 Church Street
New Haven, CT 06510

_Patrick M. Noonan_
Patrick M. Noonan