UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES** | : | Civil Action |
| ex rel. **ROBERT C. SMITH, M.D.**, | : | No. 3:00-cv-01359(PCD) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **YALE UNIVERSITY and YALE-NEW HAVEN** | : | |
| **HOSPITAL, INC.,** | : | |
| | : | **August 4, 2004** |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Craig T. Dickinson, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Robert C. Smith. This appearance is in addition to all appearances currently on file.

                                Respectfully submitted,

                            By:_____
                                Craig T. Dickinson
                                Fed. Bar No.: (CT18053)
                                Madsen, Prestley & Parenteau, LLC
                                44 Capitol Avenue, Suite 201
                                Hartford, CT 06106
                                (860) 246-2466 – Telephone
                                (860) 246-1794 – Facsimile
                                Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of August 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

_____
Craig T. Dickinson