UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Aug 10  11 45 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D., | : | Civil Action<br>No. 3:00-cv-01359(PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN | : | |
| HOSPITAL, INC., | : | |
| | : | August 10, 2004 |
| Defendants. | : | |

### PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Plaintiff Robert C. Smith, with the consent of all parties, hereby moves this Court for permission to file and over-length Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. The Plaintiff requests up to an additional twenty (20) pages for its opposition. This motion is supported by the attached declaration of Craig T. Dickinson.

Respectfully submitted,

By:_____
Craig T. Dickinson
Fed. Bar No.: (CT18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of August 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Alexander J. Lawrence
Carl H. Loewenson
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York NY 10104-0050

Richard M. Molot
Assistant United States Attorney
P. O. Box 1834
New Haven, CT 06508

Craig T. Dickinson