UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 10  11 45 AM '04

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br><br><br><br><br><br>August 10, 2004 |

## DECLARATION OF CRAIG T. DICKINSON IN SUPPORT OF MOTION TO FILE AN OVER-LENGTH OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Craig T. Dickinson, declare:

1. I am an attorney with the law firm of Madsen, Prestley & Parenteau, LLC, counsel for Plaintiff Robert C. Smith ("Relator"). I submit this declaration in support of Plaintiff's motion to file an over-length opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

2. The reason Plaintiff is requesting permission to file an over-length is that Defendants' motion, which was 10 pages over-length itself, raises several, complex legal issues. Plaintiff's drafts indicate that approximately 20 additional pages are needed to adequately address Defendants' arguments.

3. By letter dated August 5, 2004, I contacted defense counsel, inquiring whether Defendants would oppose to Plaintiff's motion to file an over-length opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

4. As of 10:00 a.m., Tuesday, August 10th, 2004, I had not received a response from either of Defendants' attorneys

I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 10th day of August, 2004 at Hartford, Connecticut.

_____
Craig T. Dickinson