UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED AUG 26  9 37 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:00CV01359 (PCD) |
| v. : | |
| : | |
| YALE UNIVERSITY and : | |
| YALE NEW HAVEN HOSPITAL : | August 25, 2004 |
| : | |
| Defendants. : | |

### MOTION FOR EXTENSION OF TIME

The defendant, Yale New Haven Hospital, hereby moves for a 30 day extension of time up to and including October 2, 2004, within which to respond or object to plaintiff's First Requests for Admission dated July 2, 2004. The reason for this request is that these Requests for Admission are quite voluminous (181 questions/39 pages in all) and the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. In addition, defense counsel has been unable to finalize these responses as he was on trial during most of July and on vacation during the first few weeks of August. Upon his return from vacation, defense counsel resumed his trial before the CHRO in Hartford. Plaintiff's counsel has indicated that he objects to an extension of 30 days within which to respond to these Requests for Admission, but has indicated that he would agree to an additional 10 days. This is the defendant's second request for an extension of time.

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE NEW HAVEN HOSPITAL

BY: *Patrick M Noonan* (signature)
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, T 06508-1832

Carl H. Loewenson, Jr.
Joseph Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

Stanley R. Soya
Morrison & Foerster, LLP
1650 Tysons Boulevard, Suite 300
McLean, VA 22102

Richard Molot, Esq.
United States Attorney
157 Church Street
New Haven, CT 06510

_Patrick M. Noonan_
Patrick M. Noonan