UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC.,<br><br>        Defendants. | : CIVIL NO. 3:00CV01359 (PCD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: AUGUST 26, 2004<br>: |

### UNITED HEALTHCARE'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 45(c) non-party United Healthcare hereby moves the Court for a protective order regarding the third-party subpoena served by plaintiffs in the above captioned action (the "Subpoena"). In light of defendant's pending Motion to Quash the Third-Party Subpoena and Stay Discovery, filed May 18, 2004, United Healthcare respectfully requests that the Court issue a protective order advising United Healthcare as to whether it should comply with the Subpoena or await the Court's ruling on defendant's motion. In support of this motion, United Healthcare notes that the parties have taken opposing positions with respect to whether to await the Court's ruling on defendants' Motion to Quash the Third-Party Subpoena and Stay Discovery.

United Healthcare has in good faith attempted to confer with counsel in the above captioned action in an attempt to resolve this dispute without court action.

For the reasons more fully set forth in the accompanying Memorandum of Law, United Healthcare's Motion for Protective Order should be granted.

UNITED HEALTIICARE

By _/s/ Daniel L. FitzMaurice_

Daniel L. FitzMaurice (ct# 05331)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Their Attorneys

-2-

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via First-class mail, postage prepaid, to:

| | |
|---|---|
| Carl H. Loewenson, Jr.<br>Stanley R. Soya<br>J. Alexander Lawrence<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0185 | Patrick M. Noonan<br>Delaney, Zemetis, Donahue,<br>Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT 06437 |
| Mary Alice Leonhardt<br>Offices of Mary Alice Leonhardt<br>102 Oak Street<br>Hartford, CT 06106 | Peter B. Prestley<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Avenue<br>Suite 201<br>Hartford, CT 06106 |
| William J. Doyle<br>Kenneth D. Heath<br>Wiggin & Dana LLP<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832<br>(203) 498-4400 | Jacques J. Parenteau<br>Madsen, Prestley & Parenteau, LLC<br>111 Huntington Street<br>P.O. Box 1631<br>New London, CT 06320 |

and, pursuant to Rule 5(e) of the Local Civil Rules for the United States District Court for the District of Connecticut, three copies by United States Postal Service, First Class Mail to:

    John Hughes, Esq.
    Richard Molot, Esq.
    Assistant United States Attorney
    Office of the Assistant United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT 06510

                                                        Daniel L. FitzMaurice