## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | : CIVIL NO. 3:00cv01359 (PCD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: AUGUST 26, 2004 |

## AFFIDAVIT OF DANIEL L. FITZMAURICE

I, Daniel L. FitzMaurice, being duly sworn, depose and say:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am an attorney authorized and admitted to the practice of law in the State of Connecticut. I am a partner of the law firm Day, Berry & Howard LLP, counsel to United Healthcare, a non-party to the above captioned action.

3. Plaintiffs in the above captioned action have served a subpoena on United Healthcare seeking discovery of documents and information (the "Subpoena"). Defendants in the above captioned action moved to quash the Subpoena and to stay discovery. The parties have taken opposing sides as to whether United Healthcare should comply with the Subpoena.

4. The Court has not yet ruled on defendants' motion to quash.

5. I have conferred with counsel for plaintiffs and with counsel for defendants in a good faith effort to resolve by agreement between the parties the issue as to whether United Healthcare should comply with the Subpoena at this time, and have been unable to reach such an agreement between the parties.

*Daniel L. FitzMaurice*

Daniel L. FitzMaurice

Subscribed and sworn to before me this 26th day of August, 2004.

*Mary J. Quirion*

Notary Public
Commissioner of the Superior Court
My Commission Expires:
**MARY J. QUIRION**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2006