## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D., | : | CIVIL NO. 3:00cv01359 (PCD) |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC., | : | |
| Defendants. | : | AUGUST 27, 2004 |

## APPEARANCE

TO:   Clerk
U.S. District Court
141 Church Street
New Haven, CT 06510

Please enter the appearance of Daniel L. FitzMaurice as counsel for non-party United Healthcare in the above referenced action.

I Certify that I am admitted to practice in this court.

UNITED HEALTHCARE

By_____
Daniel L. FitzMaurice (ct# 05331)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100

## **CERTIFICATE OF SERVICE**

       THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via First-class mail, postage prepaid, to:

| | |
|---|---|
| Carl H. Loewenson, Jr.<br>Stanley R. Soya<br>J. Alexander Lawrence<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0185 | Patrick M. Noonan<br>Delaney, Zemetis, Donahue,<br>Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT  06437 |
| Mary Alice Leonhardt<br>Offices of Mary Alice Leonhardt<br>102 Oak Street<br>Hartford, CT  06106 | Peter B. Prestley<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Avenue<br>Suite 201<br>Hartford, CT  06106 |
| William J. Doyle<br>Kenneth D. Heath<br>Wiggin & Dana LLP<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1832<br>(203) 498-4400 | Jacques J. Parenteau<br>Madsen, Prestley & Parenteau, LLC<br>111 Huntington Street<br>P.O. Box 1631<br>New London, CT  06320 |

and, pursuant to Rule 5(c) of the Local Civil Rules for the United States District Court for the District of Connecticut, three copies by United States Postal Service, First Class Mail to:

    John Hughes, Esq.
    Richard Molot, Esq.
    Assistant United States Attorney
    Office of the Assistant United States Attorney
    157 Church Street, 23rd Floor
    New Haven, CT  06510

                                                              _____
                                                              Daniel L. FitzMaurice