FILED
Aug 30  2 24 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel and ROBERT C. SMITH, M.D. : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:00CV01359 (PCD) |
| v. : | |
| : | |
| YALE UNIVERSITY and : | |
| YALE NEW HAVEN HOSPITAL : | August 27, 2004 |
| : | |
| Defendants. : | |

## MOTION FOR EXTENSION OF TIME

The defendant, Yale University, hereby moves for a 30 day extension of time up to and including September 28, 2004, within which to respond to plaintiff's First Set of Requests for Production of Documents dated June 28, 2004. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response. In addition, defense counsel has been unable to finalize these responses as he was on trial during most of July and on vacation during the first few weeks of August. Upon his return from vacation, defense counsel resumed his trial before the CHRO in Hartford. Defense counsel left a message on plaintiff's counsel voicemail but has not heard back from him to determine whether or not he has any objection to the granting of this motion. This is the defendant's second request for an extension of time.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

THE DEFENDANT
YALE UNIVERSITY

BY: /s/ Patrick M. Noonan
Patrick M. Noonan (#CT00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 - Fax

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

William J. Doyle, Esquire
Kenneth D. Health, Esquire
Wiggin & Dana
P.O. Box 1832
New Haven, T 06508-1832

Carl H. Loewenson, Jr.
Joseph Alexander Lawrence
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104-0050

Stanley R. Soya
Morrison & Foerster, LLP
1650 Tysons Boulevard, Suite 300
McLean, VA  22102

Richard Molot, Esq.
United States Attorney
157 Church Street
New Haven, CT  06510

Patrick M. Noonan