UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES, : | |
| ex rel. ROBERT C. SMITH, M.D., : | |
|     Plaintiff, : | |
| : | Case No: 3:00cv1359 (PCD) |
| vs. : | |
| : | |
| YALE UNIVERSITY and YALE-NEW, : | |
| HAVEN HOSPITAL, INC., : | |
|     Defendant. : | |

## ORDER

Defendant Yale New Haven Hospital's Motion to Compel [Doc. No. 124] is **denied** as moot in light of Plaintiff's indication that he intended to comply with Defendant's discovery request on or before June 30, 2004. There has been no indication that he has failed to do so. It is noted, however, that Defendant failed to file a memorandum in support of its Motion to Compel. Local Rule of Civil Procedure 9(a) requires that "[a]ny motion involving disputed issues of law shall be accompanied by a written memorandum of law" in support of the motion. "Failure to submit a memorandum may be deemed sufficient cause to deny the motion." D. Conn. L. Civ. R. 9(a). In the future, Defendant Yale New Haven Hospital should ensure that it complies with the local rules.

       SO ORDERED.

Dated at New Haven, Connecticut, September  1 , 2004.

                                            /s/
                             Peter C. Dorsey, U.S. District Judge
                                 United States District Court