UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D., | : <br> : <br> : | Civil Action <br> No. 3:00-cv-01359(PCD) |
| Plaintiff, | : <br> : | |
| vs. | : <br> : | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | : <br> : <br> : | September 2, 2004 |
| Defendants. | : <br> : | |

**PLAINTIFF'S MOTION TO ENFORCE SUBPOENA SERVED UPON THIRD PARTY UNITED HEALTHCARE**

Plaintiff, Robert Smith, M.D., through his undersigned counsel, hereby moves this Court to issue an order directing United Healthcare to comply with the subpoena with which it was served by Plaintiff on May 10, 2004. To date, despite numerous requests by Plaintiff, United Healthcare has refused to produce the documents sought by Plaintiff in the subpoena because Defendants' Motion to Quash the Third-Party Subpoena and Stay Discovery, dated May 18, 2004, is still pending. United Healthcare has now filed a Motion for Protective Order in which it seeks "the Court's guidance on how to proceed" with respect to the subpoena served by Plaintiff.

In response to United Healthcare's request for guidance, this Court should issue an order directing United Healthcare to promptly comply with the subpoena Plaintiff served upon it. United Healthcare's basis for refusing to comply, the pendency of a motion to quash, has no legal basis because: (1) Defendants do not have standing to quash the subpoena at issue; and, (2) United Healthcare's purported reason for refusing to produce the documents in question does not constitute "adequate cause" that justifies

1

United Healthcare's non-compliance with Plaintiff's subpoena. Accordingly, this Court should issue an order directing United Healthcare to comply with Plaintiff's subpoena immediately.

                                      PLAINTIFF-RELATOR,
                                      ROBERT SMITH

                                      By:_____
                                        Craig T. Dickinson
                                        Federal Bar No. 18053
                                        Madsen, Prestley & Parenteau, LLC
                                        44 Capitol Avenue, Suite 201
                                        Hartford, CT 06106
                                        Tel: (860) 246-2466
                                        Fax: (860) 246-1794

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that a copy of the foregoing was mailed this date, via First-class mail, postage prepaid, to the following counsels of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Daniel FitzMaurice
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

Carl H. Loewenson, Jr., Esq.
Stanley R. Soya, Esq.
J. Alexander Lawrence, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

William J. Doyle, Esq.
Kenneth D. Heath, Esq.
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508-1832

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

                                        _____
                                        Craig T. Dickinson