UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | Civil Action No. 3:00-cv-01359(PCD) |
| Plaintiff, | |
| vs. | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | |
| Defendants. | |

**DEFENDANT YALE UNIVERSITY'S UNOPPOSED MOTION
TO FILE AN OVER-LENGTH MEMORANDUM OF LAW**

Defendant Yale University ("Yale"), with the consent of all parties, hereby moves this Court for permission to file an over-length memorandum of law replying to the opposition of Plaintiff-Relator Robert Smith ("Smith") to Defendants' Motion to Dismiss the Second Amended Complaint. In that Smith's memorandum of law is sixty (60) pages long and attaches an eleven (11) page affidavit from Smith with supporting exhibits, Yale requests up to an additional fifteen (15) pages for its reply brief. This motion is supported by the attached declaration of J. Alexander Lawrence.

ny-590842

Dated: September 10, 2004

Respectfully submitted,

MORRISON & FOERSTER LLP

*[signature]*

Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY  10104-0185
(212) 468-8000

- and -

WIGGIN & DANA LLP
William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
One Century Tower
265 Church Street
New Haven, CT  06508-1832
(203) 498-4400

Attorneys for Defendant Yale University

## CERTIFICATE OF SERVICE

I, J. Alexander Lawrence, hereby certify that true and correct copies of Defendant Yale University's Unopposed Motion to File an Over-length Memorandum of Law and supporting materials were served by U.S. Mail, on September 10, 2004, upon:

William J. Doyle
Kenneth D. Heath
One Century Tower
265 Church Street
New Haven, CT 06508-1832

Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
J. Alexander Lawrence

ny-590842                                    3