UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | Civil Action No. 3:00-cv-01359(PCD) |
| Plaintiff, | |
| vs. | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | |
| Defendants. | |

**DECLARATION OF J. ALEXANDER LAWRENCE IN SUPPORT OF UNOPPOSED MOTION TO FILE AN OVER-LENGTH MEMORANDUM OF LAW**

I, J. ALEXANDER LAWRENCE, declare:

1.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Defendant Yale University ("Yale"). I submit this declaration in support of Yale's unopposed motion to file an over-length memorandum of law replying to the opposition of Plaintiff-Relator Robert Smith ("Smith") to Defendants' Motion to Dismiss the Second Amended Complaint.

2.  On September 1, 2004, I sent an e-mail to Craig Dickinson, counsel for Smith, inquiring whether Smith would oppose Yale's motion to file an over-length memorandum of law replying to the opposition of Smith to Defendants' Motion to Dismiss. I requested up to fifteen (15) pages in addition to that allowed by the Local Rules of the District of Connecticut.

3.  On September 3, 2004, Mr. Dickinson replied by e-mail that Smith would not oppose such a motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September, 2004 at New York, New York.

_____
J. Alexander Lawrence

ny-590843