UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | Civil Action |
| ex rel. ROBERT C. SMITH, M.D., | : | No. 3:00-cv-01359(PCD) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN | : | |
| HOSPITAL, INC., | : | |
| | : | September 14, 2004 |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO WITHDRAW**
**MOTION TO ENFORCE SUBPOENA**

On September 3, 2004, Plaintiff, Robert Smith, M.D., through his undersigned counsel, moved this Court to issue an order directing United Healthcare to comply with the subpoena, which Plaintiff served on May 10, 2004. On September 8, 2004, this office received the Court's September 1, 2004 Ruling on Motion to Quash and Stay, which rendered Plaintiff's Motion to Enforce the Subpoena moot. At the request of J. Alexander Lawrence, counsel for Yale University, and in light of the Court's September 1, 2004 ruling, we hereby withdraw without prejudice our Motion to Enforce the Subpoena, which is docket number 165.

PLAINTIFF-RELATOR,
ROBERT SMITH

By:_____
    Craig T. Dickinson
    Federal Bar No. 18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was mailed this date, via First-class mail, postage prepaid, to the following counsels of record:

| | |
|---|---|
| Mary Alice Leonhardt<br>Law Offices of Mary Alice Leonhardt, LLC<br>102 Oak Street<br>Hartford, CT 06106 | Daniel FitzMaurice<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, CT 06103 |
| Carl H. Loewenson, Jr., Esq.<br>Stanley R. Soya, Esq.<br>J. Alexander Lawrence, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0185 | William J. Doyle, Esq.<br>Kenneth D. Heath, Esq.<br>One Century Tower<br>265 Church Street, Box 1832<br>New Haven, CT 06508-1832 |
| Patrick M. Noonan, Esq.<br>Delaney, Zemetis, Donahue, & Noonan, P.C.<br>741 Boston Post Road<br>Concept Park<br>Guilford, CT 06437 | |

 

                                                                                                                  _____
                                                                                                                  Craig T. Dickinson