UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>             Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC.,<br><br>             Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br>JULY 15, 2004<br><br><u>ORAL ARGUMENT REQUESTED</u> |

FILED SEP 23   1:07 PM '04
NEW HAVEN, CONN.

**MOTION OF DEFENDANTS YALE UNIVERSITY AND YALE NEW HAVEN
HOSPITAL, INC. TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants Yale University ("Yale") and Yale-New Haven Hospital, Inc. ("YNHH") (collectively, "Defendants") hereby move this Court for an order pursuant to Rules 9(b), 12(b)(1), 12(b)(6), and 12(h)(2) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint of Plaintiff-Relator Robert Smith ("Smith"). The foregoing motion is based on the grounds set forth in the Memorandum of Law and Declaration of William J. Doyle, in support of said motion, submitted herewith. The motion is submitted in accordance with the Supplemental Order on Motion Filing Procedure, and a copy of the certificate of service evidencing compliance with the service deadline has been submitted to the Court.

ny-578660

1

Dated: July 15, 2004

Respectfully submitted,

By: *William Doyle (wp sr)*
William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
WIGGIN & DANA LLP
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400

By: *Carl H Loewenson Jr (wp sr)*
Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

Attorneys for Defendant
Yale University

By: *Patrick M Noonan (wp sr)*
Patrick M. Noonan (CT00189)
DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

Attorneys for Defendant
Yale-New Haven Hospital, Inc.

ny-578660

2