UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES ex rel.
ROBERT C. SMITH, M.D.,

    Plaintiff,

vs.

YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,

    Defendants.

Civil Action
No. 3:00-cv-01359(PCD)

JULY 15, 2004

FILED SEP 23  1:07 PM '04
NEW HAVEN COURT

### DECLARATION OF WILLIAM J. DOYLE IN SUPPORT OF MOTION OF DEFENDANTS YALE UNIVERSITY AND YALE NEW HAVEN HOSPITAL, INC. TO DISMISS THE SECOND AMENDED COMPLAINT

I, WILLIAM J. DOYLE, declare:

1. I am a member of the law firm of Wiggin & Dana LLP, attorneys for the Defendant Yale University ("Yale"). I submit this affidavit in support of the Motion of Defendants Yale and Yale-New Haven Hospital, Inc. ("YNHH") (collectively, "Defendants") to Dismiss the Second Amended Complaint of Plaintiff-Relator Robert Smith ("Smith").

2. Attached as Exhibit A is a true and correct copy of the Complaint, dated January 3, 2000, in the matter See Burrell v. Yale University, 00-cv-0159421-S (Conn. Super. Waterbury Dist.) (the "State Court Action").

3. Attached as Exhibit B is a true and correct copy of the February 8, 1999 letter by which Smith accepted the position at Cornell University Medical College, New York Presbyterian Hospital, as referenced in Paragraph 7 of the Second Amended Complaint.

ny-578665          1

4. Attached as Exhibit C is a true and correct copy of Paul Zielbauer, <u>Doctors Sue Yale, Saying Cost Cuts Hurt Patients and Complaints Led to Backlash</u>, N.Y. Times (April 30, 2000).

5. Attached as Exhibit D is a true and correct copy of <u>Yale University Targeted in Doctors' Lawsuit</u>, Associated Press (April 30, 2000).

6. Attached as Exhibit E is a true and correct copy of Lisa Maxbauer, <u>Radiologist's Suit Charges Yale with Substandard Care</u>, Physician's Weekly, Vol. XVII, No. 32 (June 12, 2000).

7. Attached as Exhibit F is a true and correct copy of Thomas Scheffey, <u>A Case of Patient Care or Employment Law?</u>, Connecticut Law Tribune (June 19, 2000).

8. Attached as Exhibit G is a true and correct copy of Plaintiffs' Notice of Supplemental Compliance re: Motion to Compel Hogan and Hartson Report, dated January 7, 2002, and filed in the State Court Action.

9. Attached as Exhibit H is a true and correct copy of an except of the trial testimony of Smith in the State Court Action on June 30, 2004.

10. Attached as Exhibit I is a true and correct copy of Plaintiffs' Reply to Defendant's Opposition to Fifth, Sixth & Seventh Requests for Production, dated February 11, 2002, and filed in the State Court Action.

11. Attached as Exhibit J is a true and correct copy of an except of the deposition of Smith taken in the State Court Action on January 29, 2004.

12. Attached as Exhibit K is a true and correct copy of an except of the deposition of Smith taken in the State Court Action on April 30, 2004.

ny-578665                                          2

13.  Attached as Exhibit L is a true and correct copy of Plaintiffs' Memorandum of Law In Opposition to Defendant's Motion for Order of Compliance Re: Deposition of Robert Smith, M.D., dated January 8, 2002, and filed in the State Court Action.

14.  Attached as Exhibit M is a true and correct copy of the email from Felicia Tencza to Smith and others, dated April 27, 1998, which is incorporated by reference in Paragraph 58 of the Second Amended Complaint.

15.  Attached as Exhibit N is a true and correct copy of the email from Felicia Tencza to Smith, dated April 30, 1998, which is incorporated by reference in Paragraph 60 of the Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2004 at New Haven, Connecticut.

_____
William J. Doyle