UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES ex rel.
ROBERT C. SMITH, M.D.,

    Plaintiff,

vs.

YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,

    Defendants.

Civil Action
No. 3:00-cv-01359(PCD)

SEPTEMBER 20, 2004

FILED SEP 23 1 47 PM '04

## DECLARATION OF FELICIA TENCZA, MPH

I, FELICIA TENCZA, MPH declare:

1. I am the Associate Administrator in the Yale University Department of Diagnostic Radiology ("Department of Diagnostic Radiology"). I have a masters degree in public health from Yale University.

2. I have reviewed the Second Amended Complaint in this action, dated January 23, 2004, and the Affidavit of Robert Smith, M.D. ("Smith"), dated August 25, 2004.

3. Although Smith does not make this allegation in the Second Amended Complaint, he claims in his Affidavit that "Yale University automatically submits claims for reimbursement for the Professional component of all radiology tests and procedures once they are in 'F' status in the DecRad system." (Smith Aff. ¶ 11; see also Smith Aff. ¶ 16.)

4. Smith's claim is untrue and demonstrates a complete misunderstanding of the DecRad system (currently the IDXRad System) and the Department of Diagnostic Radiology billing procedures.

1

5.      Furthermore, contrary to Smith's allegations in Paragraph 19 of the Second Amended Complaint, the DecRad/IDXRad system is not and has never been a "billing system."

6.      At all times relevant to the allegations in the Second Amended Complaint, the Department of Diagnostic Radiology's billing services have been provided by and continue to be provided by a third party vendor, which is currently Per-Sé Technologies, Inc. ("Per-Sé").

7.      At all times relevant to the allegations in the Second Amended Complaint, the Department of Diagnostic Radiology has periodically provided to Per-Sé (or its predecessors) a list of certain reports finalized on the DecRad/IDXRad system (i.e. those reports placed in "F" status).

8.      Since at least April 2001, certain reports finalized on the DecRad/IDXRad system have not been provided to Per-Sé by the Department of Diagnostic Radiology, such as pediatric cardiac echograms and adult cardiac echograms, both of which have been processed by the Yale University School of Medicine's centralized billing office, which does not use a third party vendor for its billing services.

9.      At all times relevant to the allegations in the Second Amended Complaint, the majority of reports finalized on the DecRad/IDXRad system (i.e. those reports placed in "F" status) have not been submitted for reimbursement from Medicare or Medicaid.

   a.   Most services provided by the Department of Diagnostic Radiology have been submitted for reimbursement from private payors (such as insurance companies or health management organizations).

   b.   The Department of Diagnostic Radiology has commonly provided services for certain "town welfare," hardship, and foreign free care patients who are not Medicare or Medicaid beneficiaries for which a

2

    report has been prepared and finalized but for which reimbursement has not been sought from any third party payor.

  c. The Department of Diagnostic Radiology has also provided services pursuant to a cardiology capitation plan with Yale University Health Services for which reports have been prepared and finalized but for which reimbursement has not been sought from any third party payor.

10. At all times relevant to the allegations in the Second Amended Complaint, even with respect to finalized reports involving patients who are Medicare or Medicaid beneficiaries, the Department of Diagnostic Radiology has <u>not</u> sought reimbursement from Medicare or Medicaid for many of these reports.

  a. With respect to reports finalized using the Autosign function, the Department of Diagnostic Radiology has not sought reimbursement from Medicare or Medicaid.

  b. With respect to reports that are finalized but are recognized as being likely past timely filing limits under the Medicare and Medicaid regulations, reimbursement has typically not been sought from Medicare or Medicaid.

  c. With respect to studies or exams for which the Yale-New Haven Hospital Department of Diagnostic Imaging has indicated that no charge should be applied, although a report had been prepared and finalized, the Department of Diagnostic Radiology has not sought reimbursement from Medicare or Medicaid.

  d. With respect to some research participants who may also be Medicare or Medicaid beneficiaries, there are instances in which the Department of

3

Diagnostic Radiology has prepared and finalized reports for radiology services but has sought reimbursement from the research program rather than Medicare or Medicaid.

e. With respect to unidentified patients (i.e. "John Doe" and "Jane Doe" patients), who may have been Medicare or Medicaid beneficiaries, who received radiology services, and who remained unidentified, reports have been prepared and finalized but reimbursement has not been sought from Medicare or Medicaid.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2004 at New Haven, Connecticut.

_____
Felicia Tencza, MPH