UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br>NEW HAVEN, CC<br><br>October 4, 2004 |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut, Plaintiff-Relator, Robert C. Smith, M.D. ("Plaintiff"), through his undersigned counsel, hereby moves this Court for permission to file a Sur-Reply memorandum in response to the Reply of Defendant Yale University ("Defendant"), dated September 20, 2004. Said Sur-Reply memorandum is concurrently filed herewith.

Plaintiff requests such permission in order to rebut and respond to the erroneous and misleading assertions and flawed legal analysis set forth in Defendant's September 20, 2004 Reply.

ORAL ARGUMENT IS NOT REQUESTED; TESTIMONY IS NOT REQUIRED.

1

WHEREFORE, Plaintiff respectfully requests permission to file the accompanying Sur-Reply memorandum.

PLAINTIFF-RELATOR,
ROBERT B. SMITH, M.D.

By: _____
Peter B. Prestley
Federal Bar No.: ct15799
MADSEN, PRESTLEY, & PARENTEAU
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel:   (860) 246-2466
Fax:   (860) 246-1794

Case 3:00-cv-01359-PCD   Document 179   Filed 10/04/2004   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of October, 2004, a copy of the foregoing was sent via mail delivery to the following counsel of record:

Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106

Willam J. Doyle, Esq.
Kenneth D. Heath, Esq.
Wiggin & Dana LLP
One Century Tower
265 Church Street, Box 1832
New Haven, CT 06508-1832

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

Carl H. Loewenson, Jr., Esq.
Stanley R. Soya, Esq.
J. Alexander Lawrence, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

_____
Peter B. Prestley, Esq.