UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., <br><br> Defendants. | Civil Action <br> No. 3:00-cv-01359(PCD) <br><br><br> OCTOBER 11, 2004 |

**DEFENDANT YALE UNIVERSITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE SUR-REPLY MEMORANDUM OR IN THE ALTERNATIVE MOTION TO GRANT YALE LEAVE TO FILE RESPONSE THERETO**

Defendant Yale University ("Yale") hereby responds in opposition to the motion of Plaintiff-Relator Robert Smith ("Smith") for permission to file a sur-reply to Yale's September 20, 2004 Reply in Support of Defendants' Motion to Dismiss. Notwithstanding Smith's desire to get in the last word, Smith's attached proposed sur-reply memorandum raises nothing of substance that he could not have raised in his August 30, 2004 opposition brief.

In that they needlessly drag out the briefing of a pending motion, such sur-replies are strongly discouraged. This Court often denies motions for leave to file a sur-reply brief. See, e.g., New Colt Holding Corp. v. RJG Holdings of Fla., Inc., 3:02-cv-173 (PCD), 2003 WL 22327167, at *5 (D. Conn. June 17, 2003) (denying motion to file a surreply brief) (Dorsey, J.); Croom v. Western Conn. State Univ., 218 F.R.D. 15, 18 (D. Conn. 2002) (same) (Dorsey, J.) In fact, at least one court in this district has held that "[n]o sur-reply is permitted under the Local Rules." Root v. Liston, 3:03-cv-949 (JCH), 2003 WL 22937686, at *3 (D. Conn. Dec. 10, 2003) (citing D. Conn. Local Rule 7) (Hall, J.).

ny-595307

Yale, therefore, respectfully submits that briefing in this matter should be closed and requests that the Court deny Smith's motion for leave to file its sur-reply memorandum. If the Court, however, decides to grant Smith's motion to file its sur-reply memorandum, Yale respectfully requests that it be granted leave to file the attached short response to Smith's sur-reply memorandum to clear up a number of mischaracterizations of the facts and the law set forth therein.

Dated: October 11, 2004

Respectfully submitted,

MORRISON & FOERSTER LLP

_/s/ Alex Lawrence_
Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

- and -

WIGGIN & DANA LLP
William J. Doyle (CT04190)
Kenneth D. Heath (CT23659)
One Century Tower
265 Church Street
New Haven, CT 06508-1832
(203) 498-4400

Attorneys for Defendant Yale University

ny-595307

2