**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| USA, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:00CV1359 (PCD) |
| | : | |
| YALE UNIVERSITY, ET AL. | : | |

**ENDORSEMENT ORDER**

Plaintiff's Motion for Permission to File Sur-Reply Memorandum, document no. 179, is

GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 19th day of October, 2004.

_____/s/_____
Peter C. Dorsey, U.S. District Judge
United States District Court