UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel | : | |
| and ROBERT C. SMITH, M.D. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:00CV01359 (PCD) |
| v. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| YALE NEW HAVEN HOSPITAL | : | NOVEMBER 3, 2004 |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven M. Barry, as attorney for the Defendant, Yale New Haven Hospital, in the above-entitled matter.

                                    THE DEFENDANT
                                    YALE NEW HAVEN HOSPITAL

                                  BY:_____
                                    Steven M. Barry (#CT07825)
                                    Email Address: sbarry@ddnctlaw.com
                                    Donahue, Durham & Noonan, P.C.
                                    741 Boston Post Road
                                    Guilford, CT 06437
                                    (203) 458-9168
                                    (203) 458-4424 - Fax

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Peter B. Prestley, Esquire
Madsen, Prestley & Parenteau
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Mary Alice Leonhardt, Esq.
102 Oak Street
Hartford, CT 06106

                                                                                   _____
                                                                                    Steven M. Barry