UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. SMITH, M.D., | Civil Action No. 3:00-CV-01359(PCD) |
| Plaintiff, | |
| vs. | |
| YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC., | DECEMBER 30, 2004 |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

William J. Doyle of Wiggin and Dana LLP hereby moves this Court, pursuant to Local Rule 7(e), for permission to withdraw his appearance for the defendant Yale University on the grounds that he is retiring from the practice of law as of December 31, 2004. Other counsel have appeared for Yale University. The undersigned counsel certifies that Yale University has been sent notice of this motion by certified mail.

**ORAL ARGUMENT NOT REQUESTED.**

Respectfully submitted,

Dated: December 30, 2004          By: _____
William J. Doyle (ct04190)
wdoyle@wiggin.com
Kenneth D. Heath (ct23659)
kheath@wiggin.com
WIGGIN & DANA, LLP
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400

Carl H. Loewenson, Jr.
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000

Attorneys for Defendant
Yale University

2

## **CERTIFICATION**

I hereby certify that on December 30, 2004, I caused to be served a copy of the MOTION FOR LEAVE TO WITHDRAW APPEARANCE by United States Postal Service, First Class Mail to:

Carl H. Loewenson, Jr., Esq.
J. Alexander Lawrence, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Mary Alice Leonhardt, Esq.
Law Offices of Mary Alice Leonhardt, LLC
102 Oak Street
Hartford, CT 06106
Facsimile: (860) 525-2194

Peter B. Presley, Esq.
Jacques J. Parenteau, Esq.
Madsen, Prestley & Parenteau, LLL
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Patrick M. Noonan, Esq.
Delaney, Zementis, Donahue & Noonan, P.C.
741 Boston Post Road
Concept Park
Guilford, CT 06437

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
William J. Doyle