UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>YALE-NEW HAVEN HOSPITAL, INC, YALE UNIVERSITY, NEW YORK PRESBYTERIAN HOSPITAL AND CORNELL UNIVERSITY JOAN AND SANFORD I. WEILL MEDICAL COLLEGE,<br><br>Defendants. | Civil Action<br>No. 3:02-cv-01205 (PCD)<br><br>JUNE 28th, 2005 |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule of Civil Procedure 83.1(d), Plaintiff Robert C. Smith, M.D. ("Plaintiff"), by its undersigned counsel, moves for an order admitting Stephen M. Kohn to practice before this Court for the purpose of this case. In support of this motion, Plaintiff states as follows:

1. As set forth in his accompanying affidavit, Mr. Kohn is attorney with the law firm of Kohn, Kohn & Colapinto, LLP, located at 3233 P Street, NW, Washington, D.C. 20007. He is a member in good standing of the Bar of District of Columbia, admitted in 1987 as well as the following courts: U.S. Supreme Court, U.S Court of Appeals for the First, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia and Federal Circuits and the U.S. District Court for the District of Columbia.

2. Mr. Kohn has not been denied admission or disciplined by this Court or any other court.

3. Counsel for Defendants have represented that they do not object to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court admit the above counsel to practice before this Court for the purpose of this case.

**ORAL ARGUMENT IS NOT REQUESTED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

Dated: June 28th, 2005

                                                          MADSEN, PRESTLEY
                                                          & PARENTEAU, LLC

                                                          _____

                                                          James Parenteau (CT09771)
                                                          Peter B. Prestley (CT15799)
                                                          Craig T. Dickinson (CT18053)
                                                          44 Capitol Avenue, Suite 201
                                                          Hartford, CT 06016
                                                          (860) 246-2466


                                                          OFFICES OF MARY ALICE
                                                          LEONHARDT

                                                          Mary Alice Leonhardt (CT02996)
                                                          102 Oak Street
                                                          Hartford, CT 06106
                                                          (860) 727-8874


                                                          Attorneys for Plaintiff Robert C. Smith, M.D.

SO ORDERED:


_____
                    U.S.D.C.

ny-643364                          2

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com