UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>           Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN HOSPITAL, INC.,<br><br>           Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br>JUNE 28, 2005 |

## AFFIDAVIT OF STEPHEN M. KOHN

Stephen M. Kohn, being duly sworn, deposes and says:

1. I am over eighteen years of age, understand the meaning of an oath, and make this statement based on personal knowledge.

2. I submit this affidavit in support of Robert C. Smith, M.D.'s motion to admit me *pro hac vice* for purposes of representing him in the above-captioned action.

3. I am an attorney with the law firm of Kohn, Kohn & Colapinto, LLP. My contact information is as follows:

    Kohn, Kohn & Colapinto, LLP
    3233 P Street, NW
    Washington, D.C. 20007
    phone: (202) 342-6980
    fax:     (202) 342-6984
    e-mail: SK@KKC.com

4. I am a member in good standing of the Bar the District of Columbia, admitted in 1987 as well as the following courts: U.S. Supreme Court, U.S Court of Appeals for the First, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia and Federal Circuits and the U.S. District Court for the District of Columbia.

5. I have not previously been denied admission to the Bar of this Court or any other court, nor have I been disciplined by this Court or any other court.

ny-643340

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

6. I have read and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Stephen M. Kohn

Sworn to before me on this 28th day of June, 2005

_____
Notary
My commission expires:

2

ny-643340

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com