# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2005 JUL 12 P 4: 01

U.S. DISTRICT COURT
NEW HAVEN, CT

**APPEARANCE**

CASE NUMBER: No. 3:00-cv-01359 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Robert Smith, M.D.

| | |
|---|---|
| June 29, 2005 | /s/ Stephen M. Kohn |
| Date | Signature |
| Pending | Stephen M. Kohn |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (202) 342-6980 | 3233 P Street, NW |
| Telephone Number | Washington, DC 20007 |
| | Address |
| (202) 342-6984 | |
| Fax Number | |
| sk@kkc.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Appearance was mailed on June 29, 2005 via mail upon the following:

Craig Thomas Dickinson
Peter Burgoyne Prestley
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

Jacques J. Parenteau
Madsen, Prestley & Parenteau
111 Huntington St., PO Box 1631

New London, CT 06106
Mary Alice Leonhardt
Law Offices of Mary Alice Leonhardt, LLC
67 Russ St., 3rd Fl.
Hartford, CT 06106

John B. Hughes
Richard M. Molot
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Stuart M. Gerson
Epstein, Becker & Green, P.C.
1227 25th St., N.W.
Suite 700
Washington, DC 20037-1156

Jonathan M. Plissner
David S. Poppick
Epstein, Becker & Green, P.C.
One Landmark Square, Ste 1800
Stamford, CT 06901-2165

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan
Concept Park
741 Boston Post Rd.
Guilford, CT 06437

_____
Signature
Stephen M. Kohn

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)