UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D., | : | Civil Action<br>No. 3:00-cv-01359(PCD) |
| Plaintiff, | : | |
| | : | JULY 27, 2005 |
| vs. | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC., | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT YALE UNIVERSITY

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Relator

Robert Smith, M.D. ("Smith"), and Defendant Yale University ("Yale"), through their

undersigned counsel, hereby stipulate to the dismissal of Yale from this action, pursuant to the

terms set forth in Paragraph 18 of the Settlement Agreement dated July 27, 2005.

This stipulation may be executed in counterparts, each of which constitutes an original

and all of which constitute one and the same stipulation.

A proposed order is submitted herewith.

KOHN, KOHN & COLAPINTO, LLP

_(signature)_

Stephen M. Kohn (phv0406)
3233 P Street, NW
Washington, D.C. 20007
(202) 342-6980


MADSEN, PRESTLEY
& PARENTEAU, LLC

Peter B. Prestley (CT15799)
Craig T. Dickinson (CT18053)
44 Capitol Avenue, Suite 201
Hartford, CT 06016
(860) 246-2466


OFFICES OF MARY ALICE LEONHARDT

Mary Alice Leonhardt (CT02996)
102 Oak Street
Hartford, CT 06106
(860) 727-8874


Attorneys for Plaintiff Robert C. Smith, M.D.

MORRISON & FOERSTER LLP

_(signature)_

Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY 10104-0185
(212) 468-8000


WIGGIN & DANA LLP

Kenneth D. Heath (CT23659)
265 Church Street, One Century Tower
New Haven, CT 06508-1832
(203) 498-4400


Attorneys for Defendant Yale University


ENTERED as the Order of the Court this _____ day of _____, 2005.


_____
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D., | : | Civil Action<br>No. 3:00-cv-01359(PCD) |
| Plaintiff, | : | |
| | : | JULY 27, 2005 |
| vs. | : | |
| YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC., | : | |
| Defendants. | : | |

**ORDER OF DISMISSAL AS TO DEFENDANT YALE UNIVERSITY**

The United States, Plaintiff-Relator Robert Smith, M.D. ("Relator"), and Defendant Yale

University ("Yale") have reached an agreement to settle this litigation at to the claims asserted

against Yale. The United States, Relator, and Yale agree that each will bear its own costs,

expenses and attorneys' fees. The United States and Relator have also reached agreement, as set

forth in the Settlement Agreement, as to Relator's share of the settlement proceeds pursuant to

31 U.S.C. § 3730(d)(1). Accordingly, in light of the Settlement Agreement, the Court hereby

enters the following orders:

1.      The claims and allegations contained in this action against Yale that are

included within the scope of the Covered Conduct (as defined in the Settlement Agreement) are

dismissed with prejudice as to the United States and Relator; all remaining claims in this action

against Yale are dismissed with prejudice as to Relator and without prejudice as to the United

States.

2.      The United States, Relator and Yale each will bear their own costs, expenses and attorneys' fees.

3.      The Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement.


IT IS SO ORDERED this _____ day of _____, 2005.


_____

HONORABLE PETER C. DORSEY

## CERTIFICATE OF SERVICE

I, Kenneth D. Heath, hereby certify that true and correct copies of the Stipulation of Dismissal as to Defendant Yale University and Order of Dismissal as to Defendant Yale University was served by U.S. Mail, on August **3**, 2005, upon:

Carl H. Loewenson, Jr.
Stanley R. Soya
J. Alexander Lawrence
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0185

Patrick M. Noonan
Steven M. Barry
Delaney, Zemetis, Donahue, Durham
& Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Jacques J. Parenteau
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
P.O. Box 1631
New London, CT 06320

Peter B. Prestley
Craig T. Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

Stephen M. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, NW
Washington, DC 20007

Mary Alice Leonhardt
Offices Of Mary Alice Leonhardt
102 Oak Street
Hartford, CT 06106

and, pursuant to Rule 5(c) of the Local Rules of Civil Procedure, three copies by United States Postal Service, First Class Mail to:

John Hughes, Esq.
Richard Molot, Esq.
Assistant United States Attorney
Office of the Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510.

_____
Kenneth D. Heath