IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ROBERT C. SMITH, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY and<br>YALE-NEW HAVEN HOSPITAL, INC.,<br><br>Defendants. | No. 3:00cv01359 (PCD)<br><br><br><br><br><br>August 4, 2005 |

### UNITED STATES' NOTICE OF CONSENT
### TO DISMISSAL OF DEFENDANT
### YALE UNIVERSITY

Pursuant to a Settlement Agreement between the parties dated July 27, 2005, Relator Robert Smith, M.D., and Defendant Yale University ("Yale") filed a Stipulation of Dismissal as to defendant Yale and a proposed order.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby respectfully notifies the Court that the Attorney General consents to the dismissal of the claims against Yale, pursuant to the terms of the Settlement Agreement and proposed order.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3792; Fed. Bar No. Ct21676

CERTIFICATION OF SERVICE

      I hereby certify that on this 4th day of August, 2005, I caused a true and correct copy of the United States' Notice of Consent to Dismissal of Defendant Yale University, to be served by first class mail on:

      Carl Loewenson, Jr.
      Stanley Soya
      J. Alexander Lawrence
      Morrison & Foerster LLP
      1290 Avenue of the Americas
      New York, NY 10104-0185

      Jacques Parenteau
      Madsen, Prestley & Parenteau
      111 Huntington Street
      Po Box 1631
      New York, NY 10104-0185

      Stephen Kohn
      Kohn, Kohn & Colapinto
      3233 P Street, NW
      Washington, DC 20007

      Mary Alice Leonhardt
      Offices of Mary Alice Leonhardt
      102 Oak Street
      Hartford, CT 06106

      Patrick Noonan
      Steven Barry
      Delaney, Zemetis, Donahue, Durham & Noonan
      741 Boston Post Road
      Guilford, CT 06437

      Peter B. Prestley, Esq.
      Craig Dickinson
      Madsen, Prestley & Parenteau, LLC
      44 Capitol Avenue, Suite 201
      Hartford, CT 06106

[continued on following page]

Kenneth D. Heath
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832


_____
Richard M. Molot
Assistant U.S. Attorney