UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES ex rel.<br>ROBERT C. SMITH, M.D.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY and YALE-NEW HAVEN<br>HOSPITAL, INC.,<br><br>　　　　　Defendants. | Civil Action<br>No. 3:00-cv-01359(PCD)<br><br>JULY 27, 2005 |

## STIPULATION OF DISMISSAL AS TO DEFENDANT YALE UNIVERSITY

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Relator Robert Smith, M.D. ("Smith"), and Defendant Yale University ("Yale"), through their undersigned counsel, hereby stipulate to the dismissal of Yale from this action, pursuant to the terms set forth in Paragraph 18 of the Settlement Agreement dated July 27, 2005.

This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same stipulation.

A proposed order is submitted herewith.

ny-618171                                          1

KOHN, KOHN & COLAPINTO, LLP

*/s/ Stephen M. Kohn*

Stephen M. Kohn (phv0406)
3233 P Street, NW
Washington, D.C. 20007
(202) 342-6980


MADSEN, PRESTLEY
& PARENTEAU, LLC

Peter B. Prestley (CT15799)
Craig T. Dickinson (CT18053)
44 Capitol Avenue, Suite 201
Hartford, CT 06016
(860) 246-2466


OFFICES OF MARY ALICE LEONHARDT

Mary Alice Leonhardt (CT02996)
102 Oak Street
Hartford, CT 06106
(860) 727-8874


Attorneys for Plaintiff Robert C. Smith, M.D.


MORRISON & FOERSTER LLP

*/s/ Alex Lawrence*

Carl H. Loewenson, Jr. (CT07774)
Stanley R. Soya (CT25883)
J. Alexander Lawrence (CT25884)
1290 Avenue of the Americas
New York, NY  10104-0185
(212) 468-8000


WIGGIN & DANA LLP

Kenneth D. Heath (CT23659)
265 Church Street, One Century Tower
New Haven, CT  06508-1832
(203) 498-4400


Attorneys for Defendant Yale University


ENTERED as the Order of the Court this 5th day of August, 2005.

United States District Court

FILED 2005 AUG -8  P 12:09  U.S. DISTRICT COURT NEW HAVEN, CT